UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION | ) ) ) ) Civil Action No. 5:10-cv-00689 <br> <br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) The Honorable Irene C. Berger |

**MOTION OF LEAD PLAINTIFF COMMONWEALTH OF MASSACHUSETTS
PENSION RESERVES INVESTMENT TRUST AND PLAINTIFF DAVID WAGNER
FOR PARTIAL LIFT OF THE PSLRA DISCOVERY STAY**

PLEASE TAKE NOTICE that Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Plaintiff David Wagner, on behalf of the Class (collectively, "Plaintiffs"), by their counsel, hereby and respectfully move this Court for an Order to partially lift the PSLRA discovery stay and to permit service of document preservation subpoenas of certain affiliates of defendants believed to possess relevant documents.

In support of this motion, Plaintiffs submit herewith a Memorandum of Law, the Declaration of Joel H. Bernstein, with annexed exhibits, and a Proposed Order.

DATED: February 16, 2011

                                                             /s/ Joel H. Bernstein
                                                            JOEL H. BERNSTEIN

**LABATON SUCHAROW LLP**
JOEL H. BERNSTEIN
CHRISTOPHER J. KELLER
IRA A. SCHOCHET
STEFANIE J. SUNDEL
FELICIA Y. MANN
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Co-Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
PAUL J. GELLER
JACK REISE
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile: (561) 750-3364

*Counsel for Plaintiff David Wagner and Co-Lead Counsel for the Class*

**JAMES F. HUMPHREYS
 & ASSOCIATES L.C.**
SAMUEL D. ELSWICK
JAMES A. MCKOWEN
United Center, Suite 800
500 Virginia Street East
Charleston, WV 25301
Telephone: (304) 347-5050
Facsimile: (304) 347-5055

*Liaison Counsel for Lead Plaintiff*

**JOHN F. DASCOLI, PLLC**
JOHN F. DASCOLI (SBID #6303)
2442 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: (304) 720-8684
Facsimile: (304) 342-3651

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

- **Jonathan L. Anderson**
  jlanderson@jacksonkelly.com

- **Stephen L. Brodsky**
  sbrodsky@zsz.com

- **John F. Dascoli**
  johnfdascoli@hotmail.com, Pamdc519@aol.com

- **Samuel D. Elswick**
  selswick@jfhumphreys.com, rbell@jfhumphreys.com

- **A. L. Emch**
  aemch@jacksonkelly.com, sra@jacksonkelly.com, jcrawford@jacksonkelly.com

- **Thomas V. Flaherty**
  tflaherty@fsblaw.com, cmontague@fsblaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Stuart W. Gold**
  sgold@cravath.com

- **Tammy R. Harvey**
  tharvey@fsblaw.com, cmontague@fsblaw.com

- **Dennis J. Herman**
  DennisH@rgrdlaw.com

- **Laurie L. Largent**
  LLargent@rgrdlaw.com, triciam@rgrdlaw.com

- **J. Burton LeBlanc**
  bleblanc@baronbudd.com

- **James A. McKowen**
  Jmckowen@jfhumphreys.com, Dhoffman@jfhumphreys.com, Dmilhoan@jfhumphreys.com

- **Julie A. North**
  jnorth@cravath.com

- **Bradley J. Pyles**
  brad.pyles@cphtlogan.com, bjpyles@suddenlink.net

- **Julie A. North**
  jnorth@cravath.com

- **Jack Reise**
  jreise@rgrdlaw.com, pgeller@rgrdlaw.com

- **Darren J. Robbins**
  e_file_d@csgrr.com

- **Ronald S. Rolfe**
  rrolfe@cravath.com, managing_attorneys_office@cravath.com, sthompson@cravath.com

- **Mazin Sbaiti**
  msbaiti@baronbudd.com

- **Robert S. Schachter**
  rschachter@zsz.com

- **David C. Walton**
  davew@rgrdlaw.com

- **Christopher M. Wood**
  CWood@rgrdlaw.com

I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

**Michael J. Vanoverbeke**
**Thomas C. Michaud**
VANOVERBEKE MICHAUD & TIMMONY
79 Alfred Street
Detroit, MI 48201


DATED:  February 16, 2011      */s/ Joel H. Bernstein*
JOEL H. BERNSTEIN
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jbernstein@labaton.com