### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

IN RE MASSEY ENERGY CO.
SECURITIES LITIGATION

CIVIL ACTION NO.  5:10-cv-00689

### ORDER

The Court has reviewed *The United States of America's Combined Motions to Intervene and to Stay Discovery and Memorandum of Law in Support* (Document No. 79).  Pursuant to 28 U.S.C. § 636, the court **ORDERS** that said motion be referred to the Honorable R. Clarke Vandervort, United States Magistrate Judge, for disposition.

The court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Vandervort, counsel of record, and to any unrepresented party.

ENTER:      March 10, 2011

_____
IRENE C. BERGER, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA