USDC/ATTY-001 (Rev. 8/06) | LR Cr P 44.6 or LR Civ P 83.6  Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

IN RE MASSEY ENERGY CO. SECURITIES LITIGATION

V.

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

CIVIL ACTION NUMBER 5:10-689

---

Felicia Y. Mann, Labaton Sucharow LLP                              4819454

*Name of Visiting Attorney and firm name*                          *Bar ID number*

Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust

*Name of party represented*

N.Y. Supreme Court, Appellate Division 1st Department, 141 Madison Avenue, New York, NY 10010

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

140 Broadway, New York, NY 10005

*Visiting Attorney's office address*

| 212-907-0700 | 212-818-0477 | fmann@labaton.com |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

Samuel D. Elswick, James F. Humphreys & Associates L.C.            WV  9271

*Name of Sponsoring Attorney and firm name*                        *WV Bar ID number*

United Center, Suite 800
500 Virginia Street, East
Charleston, West Virginia 25301

*Sponsoring Attorney's office address*

| (304) 347-5050 | (304) 347-5055 | selswick@jfhumphreys.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

Page 1 of 2

USDC/ATTY-001 (Rev. 01/06) | LR Civ P 83.6 or LR Cr P 44.6 Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

3/16/11
Date

*(signature)*
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

3/17/11
Date

*(signature)*
Signature of Sponsoring Attorney