```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR001727
Cashier ID: ldent
Transaction Date: 03/17/2011
Payer Name: LABATON SUCHAROW LLP

PRO HAC VICE
 For: LABATON SUCHAROW LLP
 Case/Party: D-WVS-2-10-AT-PROHAC-001
 Amount:         $50.00

CHECK
 Check/Money Order Num: 054234
 Amt Tendered: $50.00

Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE FOR Felicia Y. Mann
5:10 0689

Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A 45 fee will
be charged for a returned check.
```