IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

IN RE MASSEY ENERGY CO.
SECURITIES LITIGATION

CIVIL ACTION NO. 5:10-cv-00689

**ORDER**

The Court has reviewed the *Motion of Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Plaintiff David Wagner for Partial Lift of the PSLRA Discovery Stay* (Document No. 76). Pursuant to 28 U.S.C. § 636, and consistent with this Court's Standing Order Regarding Assignment and Referral of Civil Actions and Matters to Magistrate Judges (Document No. 3), entered in this case on April 29, 2010, the court **ORDERS** that said motion be referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for disposition.

The court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented party.

ENTER:   March 18, 2011

_____
IRENE C. BERGER, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA