IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

In re MASSEY ENERGY CO.
SECURITIES LITIGATION,

                Civil Action No. 5:10-cv-00689
                Judge Irene C. Berger
                Magistrate Judge R. Clarke Vandervort

### THE UNITED STATES OF AMERICA'S REPLY MEMORANDUM IN SUPPORT OF ITS COMBINED MOTIONS TO INTERVENE AND TO STAY DISCOVERY

The United States of America and the plaintiffs have reached an agreement regarding the United States of America's Combined Motions To Intervene And To Stay Discovery. The terms of that agreement are embodied in the proposed order attached as Exhibit A. The United States and the plaintiffs request that the proposed order (Exhibit A) be entered if the Court allows a partial lifting of the PSLRA stay of discovery in this civil action. If the Court should allow a partial lifting of the PSLRA stay of discovery and prepares an order for entry which differs from Exhibit A, the United States requests that the safeguards and substantive provisions contained in Exhibit A be adopted in the Order entered by the Court.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV 25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

In re MASSEY ENERGY CO.
SECURITIES LITIGATION,

Civil Action No. 5:10-cv-00689
Judge Irene C. Berger

**CERTIFICATE OF SERVICE FOR
THE UNITED STATES OF AMERICA'S REPLY MEMORANDUM
IN SUPPORT OF ITS COMBINED MOTIONS TO INTERVENE
AND TO STAY DISCOVERY**

I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on April 15, 2011, I electronically filed the foregoing **THE UNITED STATES OF AMERICA'S COMBINED MOTIONS TO INTERVENE AND TO STAY DISCOVERY AND MEMORANDUM OF LAW IN SUPPORT** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

    Joel H. Bernstein
    Ira A. Schochet
    Christopher J. Keller
    Eric J. Belfi
    Stefanie J. Sundel
    Labaton Sucharow LLP
    140 Broadway
    New York, NY 10005

    Jack Reise
    Paul Jeffrey Geller
    Christopher M. Wood
    David C. Walton
    Laurie L. Largent
    Robbins Geller Rudman & Dowd LLP
    Suite 500
    120 East Palmetto Park Road
    Boca Raton, FL 33432

    Dennis J. Herman
    Robbins Geller Rudman & Dowd
    Post Montgomery Center
    Suite 1800
    One Montgomery Street
    San Francisco, CA 94104

James A. McKowen
Samnuel D. Elswick
James Humphreys & Associates
Suite 800 United Center
500 Virginia Street East
Charleston, WV 25301

Darren J. Robbins
Tricia L. McCormick
Lerach Coughlin Stoia Geller Rudman & Robbins
Suite 1900
655 West Broadway
San Diego, CA 92101

John F. Dascoli
2442 Kanawha Boulevard east
Charleston, WV 25311

J. Burton LeBlanc
Mazin Sbaiti
Baron & Budd
312 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

Jonathan L. Anderson
A. L. Emch
Jackson Kelly
P. O. Box 553
Charleston, WV 25322-0553

Stuart W. Gold
Julie A. North
Ronald S. Rolfe
Cravath Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Thomas V. Flaherty
Tammy R. Harvey
Flaherty Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

Bradley J. Pyles

Pyles & Turner
P. O. Box 596
Logan, WV 25601

Richard A. Speirs
Robert S. Schachter
Stephen L. Browdsky
Zwerling Schachter & Zwerling
32nd Floor
41 Madison Avenue
New York, NY 10010

    I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, also hereby certify that on April 15, 2011, I served the foregoing **THE UNITED STATES OF AMERICA'S REPLY MEMORANDUM IN SUPPORT OF ITS COMBINED MOTIONS TO INTERVENE AND TO STAY DISCOVERY** on the following non-CM/ECF participants by United States mail, postage prepaid:

    Michael J. Vanoverbeke
    Thomas C. Michaud
    Vanoverbeke Michaud & Timmony
    79 Alfred Street
    Detroit, MI 48201

    **s/Fred B. Westfall, Jr.**
    WV State Bar No. 3992
    Assistant United States Attorney
    Attorney for United States
    P.O. Box 1713
    Charleston, WV 25326
    Phone: 304-345-2200
    Fax: 304-347-5443
    E-mail: fred.westfall@usdoj.gov