IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION | CIVIL ACTION NO. 5:10-cv-00689 |

**JOINT MOTION OF MASSEY ENERGY COMPANY AND THE OUTSIDE DIRECTOR DEFENDANTS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendants James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, E. Gordon Gee, Lady Barbara Thomas Judge, Dan R. Moore, Stanley C. Suboleski, and Massey Energy Company (collectively "Defendants"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby jointly move the Court to dismiss the Consolidated Amended Complaint on the ground that it fails to state a claim against the Defendants upon which relief can be granted. In support of this Joint Motion, the Defendants rely upon the Declaration of Julie A. North, including Exhibits A through H attached thereto, as well as the accompanying Memorandum of Law.

April 25, 2011

Respectfully submitted,

/s/Jonathan L. Anderson
A.L. Emch, Esq. (WVSB #1125)
Jonathan L. Anderson, Esq. (WVSB #9628)
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, WV 25322
(304) 340-1000

Ronald S. Rolfe, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Julie A. North, Esq.
CRAVATH, SWAINE & MOORE LLP
(212) 474-1000
**Counsel for Defendants Massey Energy Company, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, E. Gordon Gee, Lady Barbara Thomas Judge, Dan R. Moore and Stanley C. Suboleski.**

## CERTIFICATE OF SERVICE

I, Jonathan L. Anderson, hereby certify that on April 25, 2011, I electronically filed the foregoing *Joint Motion of Massey Energy Company and the Outside Director Defendants to Dismiss the Consolidated Amended Class Action Complaint* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

- **Stephen L. Brodsky**

  sbrodsky@zsz.com

- **John F. Dascoli**

  johnfdascoli@hotmail.com, Pamdc519@aol.com

- **Samuel D. Elswick**

  selswick@jfhumphreys.com, rbell@jfhumphreys.com

- **A. L. Emch**

  aemch@jacksonkelly.com, sra@jacksonkelly.com, jcrawford@jacksonkelly.com

- **Thomas V. Flaherty**

  tflaherty@fsblaw.com, cmontague@fsblaw.com

- **Paul Jeffrey Geller**

  pgeller@rgrdlaw.com

- **Stuart W. Gold**

  sgold@cravath.com

- **Tammy R. Harvey**

  tharvey@fsblaw.com, cmontague@fsblaw.com

- **Dennis J. Herman**

    DennisH@rgrdlaw.com

- **Laurie L. Largent**

    LLargent@rgrdlaw.com, triciam@rgrdlaw.com

- **J. Burton LeBlanc**

    bleblanc@baronbudd.com

- **James A. McKowen**

    Jmckowen@jfhumphreys.com, Dhoffman@jfhumphreys.com,

    Dmilhoan@jfhumphreys.com

- **Julie A. North**

    jnorth@cravath.com

- **Bradley J. Pyles**

    brad.pyles@cphtlogan.com, bjpyles@suddenlink.net

- **Julie A. North**

    jnorth@cravath.com

- **Jack Reise**

    jreise@rgrdlaw.com, pgeller@rgrdlaw.com

- **Darren J. Robbins**

    e_file_d@csgrr.com

- **Ronald S. Rolfe**

    rrolfe@cravath.com, managing_attorneys_office@cravath.com, sthompson@cravath.com

- **Mazin Sbaiti**

    msbaiti@baronbudd.com

- **Robert S. Schachter**

    rschachter@zsz.com

- **David C. Walton**

    davew@rgrdlaw.com

- **Christopher M. Wood**

    CWood@rgrdlaw.com

- **Joel H. Bernstein**

    jbernstein@labaton.com

I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non-CM/ECF participants:

Michael J. Vanoverbeke
Thomas C. Michaud
VANOVERBEKE MICHAUD & TIMMONY
79 Alfred Street
Detroit, MI 48201

    /s/ Jonathan L. Anderson
Jonathan L. Anderson (WVSB #9628)