UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | Civil Action No. 5:10-cv-00689-ICB<br><br>CLASS ACTION<br><br>The Honorable Irene C. Berger |

**JOINT STIPULATED ~~PROPOSED~~ ORDER
CONCERNING PAGE LENGTH OF OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

**WHEREAS**, on March 11, 2011, Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Plaintiff David Wagner (collectively, "Plaintiffs") filed the Consolidated Amended Complaint (the "Complaint") [Dkt. No. 83];

**WHEREAS**, on April 25, 2011, Defendants filed two separate briefs in support of the same number of motions to dismiss the Complaint [Dkt. Nos. 94-97];

**WHEREAS**, Defendants' motions to dismiss are also supported by more than sixty-five (65) pages of exhibits [Dkt. No. 96.1];

**WHEREAS**, on June 9, 2011, Plaintiffs are scheduled to file their opposition memoranda to Defendants' motions to dismiss the Complaint on June 9, 2011;

**WHEREAS**, consistent with the Local Rule 7.1 of the Local Rules of Procedure of the United States District Court of the Southern District of West Virginia, Plaintiffs could file two briefs of twenty (20) pages in opposition to the two motions to dismiss, totaling forty (40) pages of opposition briefs;

**WHEREAS**, rather than filing two separate briefs, Plaintiffs intend to file a single, omnibus memorandum in opposition to all of the motions to dismiss, and believe a single memorandum would be more efficient and avoid duplication; and

**WHEREAS**, in light of the combined length and breadth of the memoranda filed in support of Defendants' motions to dismiss, and the complexity of litigation arising under the Private Securities Litigation Reform Act of 1995, the parties agree that good cause exists to extend the 40-page limit for Plaintiffs' omnibus opposition memorandum to fifty (50) pages;

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel, subject to the approval of the Court, that Plaintiffs shall file an omnibus memorandum in opposition to Defendants' Motions to Dismiss the Complaint totaling up to fifty (50) pages.

DATED: May 23, 2011

| | |
|---|---|
| _____s/THOMAS V. FLAHERTY_____ | _____s/JONATHAN L. ANDERSON_____ |

**FLAHERTY SENSABAUGH BONASSO PLLC**
THOMAS V. FLAHERTY
TAMMY R. HARVEY
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: 304/345-0200
304/345-0260 (fax)

*Counsel for Defendants Don L. Blankenship, Baxter F. Phillips, Jr., Eric B. Tolbert, J. Christopher Adkins*

**JACKSON KELLY PLLC**
JONATHAN L. ANDERSON
A.L. EMCH
P.O. Box 553
Charleston, WV 25322-0553
Telephone: 304/340-1000
304/340-1050

*Liaison Counsel for Defendants Massey Energy Company, Richard J. Gabrys, Lady Barbara Thomas Judge, Dan R. Moore, James B. Crawford, Robert H. Foglesong, Stanley C. Suboleski, E. Gordon Gee*

_____s/JOEL H. BERNSTEIN_____

**LABATON SUCHAROW LLP**
JOEL H. BERNSTEIN
IRA A. SCHOCHET
STEFANIE J. SUNDEL
FELICIA Y. MANN
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

*Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Co-Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
PAUL J. GELLER
JACK REISE
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

**CRAVATH, SWAINE & MOORE LLP**
JULIE A. NORTH
STUART W. GOLD
SEAN K. THOMPSON
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212/474-1000
212/474-3700 (fax)

*Counsel for Defendants Massey Energy Company, Richard J. Gabrys, Lady Barbara Thomas Judge, Dan R. Moore, James B. Crawford, Robert H. Foglesong, Stanley C. Suboleski, E. Gordon Gee*

**ROBBINS GELLER RUDMAN &
  DOWD LLP**
DENNIS J. HERMAN
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94101
Telephone: 415/288-4545
415/288-4534 (fax)

*Attorneys for Plaintiff David Wagner and
Co-Lead Counsel for the Class*

**JAMES F. HUMPHREYS &
  ASSOCIATES L.C.**
SAMUEL D. ELSWICK
JAMES A. MCKOWEN
United Center, Suite 800
500 Virginia Street East
Charleston, WV 25301
Telephone: 304/347-5050
304/347-5055 (fax)

*Liaison Counsel for Lead Plaintiff
Massachusetts PRIT*

**JOHN F. DASCOLI, PLLC**
JOHN F. DASCOLI (SBID #6303)
2442 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304/720-8684
304/342-3651 (fax)

*Local Counsel for Plaintiffs*

ITS SO ORDERED.

DATED: June 6, 2011

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA