UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

| | | |
|---|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION | ) ) ) | Civil Action No. 5:10-cv-00689 |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | The Honorable Irene C. Berger |
| ALL ACTIONS. | ) ) ) | |

**PLAINTIFFS' MOTION TO STRIKE
EXHIBITS B-H TO THE DECLARATION OF JULIE A. NORTH
IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

PLEASE TAKE NOTICE that Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Plaintiff David Wagner, on behalf of the Class (collectively, "Plaintiffs"), by their counsel, hereby and respectfully move this Court for an Order pursuant to Fed. R. Civ. P. 12(f) and 12(d) striking Exhibits B-H to the Declaration of Julie A. North in support of Defendants' Motions to Dismiss.  Plaintiffs respectfully request that this Motion be heard in conjunction with Plaintiffs' Opposition to the Motions to Dismiss filed concurrently herewith.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Plaintiffs submit herewith a Memorandum of Law, the Declaration of Joel H. Bernstein, the Declaration of Professor R. Larry Grayson, Ph.D., and a Proposed Order.

DATED:  June 9, 2011

   /s/ Joel H. Bernstein      
JOEL H. BERNSTEIN

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
PAUL J. GELLER
JACK REISE
DENNIS J. HERMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile: (561) 750-3364

*Counsel for Plaintiff David Wagner
and Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
JOEL H. BERNSTEIN
CHRISTOPHER J. KELLER
IRA A. SCHOCHET
STEFANIE J. SUNDEL
FELICIA Y. MANN
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff Commonwealth of
Massachusetts Pension Reserves Investment Trust
and Co-Lead Counsel for the Class*

**JOHN F. DASCOLI, PLLC**
JOHN F. DASCOLI (SBID #6303)
2442 Kanawha Boulevard, East
Charleston, WV  25311
Telephone: (304) 720-8684
Facsimile: (304) 342-3651

*Attorneys for Plaintiffs*

**JAMES F. HUMPHREYS
  & ASSOCIATES L.C.**
SAMUEL D. ELSWICK
JAMES A. MCKOWEN
United Center, Suite 800
500 Virginia Street East
Charleston, WV  25301
Telephone: (304) 347-5050
Facsimile: (304) 347-5055

*Liaison Counsel for Lead Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on June 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

- **Jonathan L. Anderson**
  jlanderson@jacksonkelly.com

- **Stephen L. Brodsky**
  sbrodsky@zsz.com

- **John F. Dascoli**
  johnfdascoli@hotmail.com, Pamdc519@aol.com

- **Samuel D. Elswick**
  selswick@jfhumphreys.com, rbell@jfhumphreys.com

- **A. L. Emch**
  aemch@jacksonkelly.com, sra@jacksonkelly.com, jcrawford@jacksonkelly.com

- **Thomas V. Flaherty**
  tflaherty@fsblaw.com, cmontague@fsblaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Stuart W. Gold**
  sgold@cravath.com

- **Tammy R. Harvey**
  tharvey@fsblaw.com, cmontague@fsblaw.com

- **Dennis J. Herman**
  DennisH@rgrdlaw.com

- **Laurie L. Largent**
  LLargent@rgrdlaw.com, triciam@rgrdlaw.com

- **J. Burton LeBlanc**
  bleblanc@baronbudd.com

- **James A. McKowen**
  Jmckowen@jfhumphreys.com, Dhoffman@jfhumphreys.com, Dmilhoan@jfhumphreys.com

- **Julie A. North**
  jnorth@cravath.com

- **Bradley J. Pyles**
  brad.pyles@cphtlogan.com, bjpyles@suddenlink.net

- **Julie A. North**
  jnorth@cravath.com

- **Jack Reise**
  jreise@rgrdlaw.com, pgeller@rgrdlaw.com

- **Darren J. Robbins**
  e_file_d@csgrr.com

- **Ronald S. Rolfe**
  rrolfe@cravath.com, managing_attorneys_office@cravath.com, sthompson@cravath.com

- **Mazin Sbaiti**
  msbaiti@baronbudd.com

- **Robert S. Schachter**
  rschachter@zsz.com

- **David C. Walton**
  davew@rgrdlaw.com

- **Christopher M. Wood**
  CWood@rgrdlaw.com

I hereby certify that I have mailed the document by United States Postal Service to the

following non-CM/ECF participants:

**Michael J. Vanoverbeke**
**Thomas C. Michaud**
VANOVERBEKE MICHAUD & TIMMONY
79 Alfred Street
Detroit, MI 48201

DATED:  June 9, 2011                            /s/ Joel H. Bernstein
                                               JOEL H. BERNSTEIN
                                               **LABATON SUCHAROW LLP**
                                               140 Broadway
                                               New York, New York  10005
                                               Telephone: (212) 907-0700
                                               Facsimile: (212) 818-0477
                                               jbernstein@labaton.com