UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS ) ) ) | Civil Action No. 5:10-cv-00689 <br><br> <u>CLASS ACTION</u> <br><br> The Honorable Irene C. Berger <br><br> Jury Trial Demanded |

**[PROPOSED] ORDER STRIKING EXHIBITS B-H
TO THE DECLARATION OF JULIE A. NORTH
IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

This matter having come before the Court on June 9, 2011, upon Plaintiffs' Motion to Strike Exhibits B-H to the Declaration of Julie A. North in support of Defendants' motions to dismiss pursuant to Fed. R. Civ. P. 12(f) and 12(d), and the Court having considered the papers submitted in support of and in opposition to the motion; and good cause having been shown;

IT IS this _____ day of _____, 2011:

ORDERED that Plaintiffs' Motion to Strike Exhibits B-H to the Declaration of Julie A. North in support of Defendants' motions to dismiss is GRANTED.

_____
Hon. Irene C. Berger, U.S.D.J.