AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| Commonwealth of Massachusetts Pension Reserves | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:10-cv-00689 |
| Massey Energy Company, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alpha Appalachia Holdings, Inc. formerly known as Massey Energy Company                                   .

Date:    06/16/2011

/s/Ricklin Brown
*Attorney's signature*

Ricklin Brown (WVSB # 500)
*Printed name and bar number*

209 Capitol Street
Charleston, WV  25301

*Address*

rbrown@baileyglasser.com
*E-mail address*

(304) 345-6555
*Telephone number*

(304) 342-1110
*FAX number*