AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| Commonwealth of Massachusetts Pension Reserves )<br>*Plaintiff* )<br>v. )<br>Massey Energy Company, et al. )<br>*Defendant* ) | Case No. 5:10-cv-00689 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alpha Appalachia Holdings, Inc. formerly known as Massey Energy Company.

Date: 06/16/2011

/s/Christopher S. Morris
*Attorney's signature*

Christopher S. Morris (WVSB # 8004)
*Printed name and bar number*

209 Capitol Street
Charleston, WV  25301

*Address*

cmorris@baileyglasser.com
*E-mail address*

(304) 345-6555
*Telephone number*

(304) 342-1110
*FAX number*