```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR002226
Cashier ID: ldent
Transaction Date: 06/17/2011
Payer Name: CLEARY GOTTLIEB STEEN HAMITO
N
------------------------------------
PRO HAC VICE
 For: MITCHELL A LOWENTHAL
 Case/Party: D-WVS-2-10-AT-PROHAC-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 262225
 Amt Tendered:  $50.00
------------------------------------
Total Due:     $50.00
Total Tendered: $50.00
Change Amt:    $0.00

PRO HAC VICE MITCHELL A LOWENTHAL


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A 45 fee will
be charged for a returned check.
```