```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR002227
Cashier ID: ldent
Transaction Date: 06/17/2011
Payer Name: CLEARY GOTTLIEB STEEN HAMILT
ON
------------------------------------
PRO HAC VICE
 For: BOAZ S MORAG
 Case/Party: D-WVS-2-10-AT-PROHAC-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 26224
 Amt Tendered: $50.00
------------------------------------
Total Due:       $50.00
Total Tendered: $50.00
Change Amt:      $0.00

PRO HAC VICE BOAZ S MORAG


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A 45 fee will
be charged for a returned check.
```