**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

In re:  MASSEY ENERGY CO. SECURITIES
       LITIGATION                               CIVIL ACTION NO.  5:10-CV-00689

**NOTICE OF NAME CHANGE**

PLEASE TAKE NOTICE that Massey Energy Company has changed its name to Alpha Appalachia Holdings, Inc.

                **ALPHA APPALACHIA HOLDINGS, INC.
Respectfully submitted by:**

                */s/ Ricklin Brown*
                Brian Glasser, (WVSB #6597)
                Ricklin Brown (WVSB #500)
                Christopher S. Morris (WVSB #8004)
                Bailey & Glasser, LLP
                209 Capitol Street
                Charleston, West Virginia  25301
                (304) 345-6555 *telephone*
                (304) 342-1110 *facsimile*

                and

                Mitchell A. Lowenthal (Pro Hac Vice)
                Boaz S. Morag (Pro Hac Vice)
                Cleary Gottlieb Steen & Hamilton LLP
                One Liberty Plaza, New York NY 10006
                (212) 225 2894 *telephone*
                (212) 225 3999 *facsimile*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

In re: MASSEY ENERGY CO. SECURITIES
       LITIGATION                                  CIVIL ACTION NO. 5:10-CV-00689

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies the **"Notice of Name Change"** was served upon counsel of record, via the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record on this 22nd day of June, 2011:

| | |
|---|---|
| A. L. Emch | aemch@jacksonkelly.com |
| Alan I. Ellman | aellman@labaton.com |
| Bradley J. Pyles | brad.pyles@cphtlogan.com |
| Christopher J. Keller | ckeller@labaton.com |
| Christopher M. Wood | CWood@rgrdlaw.com |
| Darren J. Robbins | e_file_sd@rgrdlaw.com |
| David C. Walton | davew@rgrdlaw.com |
| David J. Goldsmith | dgoldsmith@labaton.com |
| Dennis J. Herman | DennisH@rgrdlaw.com |
| Eric J. Belfi | ebelfi@labaton.com |
| Felicia Y. Mann | fmann@labaton.com |
| Fred B. Westfall, Jr | fred.westfall@usdoj.gov |
| Ira A. Schochet | ischochet@labaton.com |
| J. Burton LeBlanc | bleblanc@baronbudd.com |
| Jack Reise | jreise@rgrdlaw.com |
| James A. McKowen | Jmckowen@jfhumphreys.com |
| Joel H. Bernstein | jbernstein@labaton.com |
| John F. Dascoli | johnfdascoli@hotmail.com |
| Jonathan L. Anderson | jlanderson@jacksonkelly.com |
| Julie A. North | jnorth@cravath.com |
| Laurie L. Largent | LLargent@rgrdlaw.com |
| Mazin Sbaiti | msbaiti@baronbudd.com |
| Paul Jeffrey Geller | pgeller@rgrdlaw.com |
| Robert S. Schachter | rschachter@zsz.com |
| Ronald S. Rolfe | rrolfe@cravath.com |
| Samuel D. Elswick | selswick@jfhumphreys.com |
| Stefanie J. Sundel | ssundel@labaton.com |
| Stephen L. Brodsky | sbrodsky@zsz.com |
| Stuart W. Gold | sgold@cravath.com |
| Tammy R. Harvey | tharvey@fsblaw.com |
| Thomas V. Flaherty | tflaherty@fsblaw.com |

                                                        */s/ Ricklin Brown*
                                                        Ricklin Brown (WVSB #500)