# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**Commonwealth of Massachusetts Pension Reserves**

V.

**Alpha Appalachia Holdings, Inc., formerly known as Massey Energy Company, et al.**

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

CASE NUMBER: 10-CV-00689

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1) identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2) must state that there is no such corporation.

Name of party: Alpha Appalachia Holdings, Inc.

Check all that apply:

☐ I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

☑ The following corporate affiliations exist with the above named party:

Parent corporation/affiliate name: Alpha Natural Resources, Inc.
Relationship with named party: Parent corporation

☐ The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Parent corporation/affiliate name:
Nature of financial interest:

Parent corporation/affiliate name:
Nature of financial interest:

Date: June 22, 2011

/s/ Ricklin Brown

Brian Glasser, (WVSB #6597)
Ricklin Brown (WVSB #500)
Christopher S. Morris (WVSB #8004)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia  25301
(304) 345-6555 telephone
(304) 342-1110 facsimile