IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION | CIVIL ACTION NO. 5:10-cv-00689 |

**ORDER**

The Court has reviewed the Joint Motion to Extend Deadline to File Response and Reply Briefs filed in the above-captioned matter. Said Motion is hereby **GRANTED**. It is **ORDERED** that the defendants must file any reply briefs in further support of their previously filed motions to dismiss [Docs. 94 and 96] by July 18, 2011.

It is further **ORDERED** that the deadline by which the defendants must respond to the Request for Judicial Notice In Further Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss [Doc. 115] is extended to July 18, 2011, with the plaintiffs' reply to be filed by July 25, 2011.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: _____

_____
IRENE C. BERGER, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

{C2096592.1}