USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

In re: Massey Energy Co. Securities Litigation

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

V.

**CIVIL ACTION NUMBER 5:10-cv-689**

| | |
|---|---|
| Irina Vasilchenko - Labaton Sucharow LLP | 4656773 |
| *Name of Visiting Attorney and firm name* | *Bar ID number* |

Movant Commonwealth of Massachusetts Pension Reserves Investment Trust

*Name of party represented*

New York State Bar, State Bar of Massachusetts, USDC-SDNY, USDC-EDNY

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*
140 Broadway New York, NY  10005

*Visiting Attorney's office address*

| (212) 907 -0700 | (212) 818-0477 | ivasilchenko@labaton.com |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

Samuel D. Elswick, James F. Humphreys & Associates L.C.

WV  9271

| *Name of Sponsoring Attorney and firm name* | *WV Bar ID number* |
|---|---|

United Center, Suite 800
500 Virginia Street, East
Charleston, WV  25301

*Sponsoring Attorney's office address*

| (304) 347-5050 | (304) 347-5055 | selswick@jfhumphreys.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6 Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of

Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid

the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West

Virginia State Bar's requirements for attorneys admitted pro hac vice.

_____
Date

_____
*Signature of Visiting Attorney*

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West

Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the

bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and

I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may

be served on me in this case. I consent to being the Sponsoring Attorney for the above-named

Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_____
Date

_____
*Signature of Sponsoring Attorney*

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**

# THE WEST VIRGINIA STATE BAR

**2000 Deitrick Boulevard**
**Charleston, WV 25311**
*866-989-8227 - WV Toll Free*
**304/558-2467 - Fax**
**www.wvbar.org**

Anita R. Casey
Executive Director
304/558-7993
caseya@wvbar.org

Cheryl L. Wright
Administrative Assistant
304/558-0828
cheryl@wvbar.org

# R E C E I P T

**RECEIVED OF :**    James F. Humphreys & Associates, L.C.

**DOLLARS:**    $350.00

**FOR:**    Pro Hac Vice Admission for:
Irina Vasilchenko, Esq.

**CASE:**    United States District Court (Southern)
Civil Action No. 5:10-cv-689

**DATE:**    01-23-2012

Administrative Assistant
The West Virginia State Bar