# Labaton Sucharow

Joel H. Bernstein
Partner
212 907 0869 direct
212 883 7069 fax
jbernstein@labaton.com

January 26, 2012

<u>By ECF</u>

Clerk of the Court
United States District Court
Southern District of West Virginia
Robert C. Byrd Federal Building
 and United States Courthouse
110 North Heber Street, Room 119
Beckley, West Virginia 25801

Re: <u>In re Massey Energy Co. Securities Litigation,
No. 5:10-cv-00689 ICB (S.D. W. Va.)</u>

Dear Sir or Madam:

This Firm is counsel for Court-appointed Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Co-Lead Counsel for the Class in the above-referenced action.

Please be advised that Stefanie J. Sundel, Esq. is no longer associated with Labaton Sucharow LLP. Ms. Sundel's appearance for Lead Plaintiff in this action is accordingly withdrawn. Please remove her name from the docket as well as any ECF notification and service lists in this action.

Thank you for your attention to this matter. If you have any questions, please contact our Managing Clerk, Steven Wattenberg, at 212-907-0768.

Very truly yours,

Joel H. Bernstein

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

- **Jonathan L. Anderson**
  jlanderson@jacksonkelly.com

- **Stephen L. Brodsky**
  sbrodsky@zsz.com

- **Ricklin Brown**
  rbrown@baileyglasser.com

- **John F. Dascoli**
  johnfdascoli@hotmail.com, Pamdc519@aol.com

- **Samuel D. Elswick**
  selswick@jfhumphreys.com, rbell@jfhumphreys.com

- **A. L. Emch**
  aemch@jacksonkelly.com, sra@jacksonkelly.com, jcrawford@jacksonkelly.com

- **Thomas V. Flaherty**
  tflaherty@fsblaw.com, cmontague@fsblaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Brian A. Glasser**
  bglasser@baileyglasser.com

- **Stuart W. Gold**
  sgold@cravath.com

- **Tammy R. Harvey**
  tharvey@fsblaw.com, cmontague@fsblaw.com

- **Dennis J. Herman**
  DennisH@rgrdlaw.com

- **Laurie L. Largent**
  LLargent@rgrdlaw.com, triciam@rgrdlaw.com

- **J. Burton LeBlanc**
  bleblanc@baronbudd.com

- **Mitchell A. Lowenthal**
  mlowenthal@cgsh.com

- **James A. McKowen**
  Jmckowen@jfhumphreys.com, Dhoffman@jfhumphreys.com, Dmilhoan@jfhumphreys.com

- **Boaz S. Morag**
  bmorag@cgsh.com

- **Christopher S. Morris**
  cmorris@baileyglasser.com

- **Julie A. North**
  jnorth@cravath.com

- **Bradley J. Pyles**
  brad.pyles@cphtlogan.com, bjpyles@suddenlink.net

- **Jack Reise**
  jreise@rgrdlaw.com, pgeller@rgrdlaw.com

- **Darren J. Robbins**
  e_file_d@csgrr.com

- **Ronald S. Rolfe**
  rrolfe@cravath.com, managing_attorneys_office@cravath.com, sthompson@cravath.com

- **Mazin Sbaiti**
  msbaiti@baronbudd.com

- **Robert S. Schachter**
  rschachter@zsz.com

- **David C. Walton**
  davew@rgrdlaw.com

- **Fred B. Westfall, Jr.**
  fred.westfall@usdoj.gov

- **Christopher M. Wood**
  CWood@rgrdlaw.com

DATED:  January 26, 2012      */s/ Joel H. Bernstein*
JOEL H. BERNSTEIN
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jbernstein@labaton.com