UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION ) ) ) | Civil Action No. 5:10-cv-00689 |
| ) | <u>CLASS ACTION</u> |
| ) | |
| This Document Relates To: ) | The Honorable Irene C. Berger |
| ) | |
| ALL ACTIONS. ) | |
| ) | |

**PLAINTIFFS' CLARIFICATION
<u>IN RESPONSE TO THE ORDER DATED MARCH 9, 2012</u>**

Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Plaintiff David Wagner, on behalf of the Class (collectively, "Plaintiffs"), respectfully submit the following clarification in response to the Court's Order dated March 9, 2012 (the "Order"). The Order requires Plaintiffs, to the extent Plaintiffs assert they have moved to amend their pleading pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to provide the Court with a copy of such a motion to amend together with the proposed amended pleading no later than Monday, March 12, 2012.

Plaintiffs respectfully clarify that the three Supplemental Proffers[1] were not intended to serve as motions to amend the Consolidated Amended Complaint (the "Complaint"). Because

---

[1] The three Supplemental Proffers previously submitted by Plaintiffs to the Court are as follows: (1) the "First Proffer," which was filed on June 9, 2011 as Exhibit C to the Declaration of Joel H. Bernstein (Dkt. No. 104-3) in support of Plaintiffs' Memorandum in Opposition to Defendants' Motions to Dismiss ("Plaintiffs' Opposition" (Dkt. No. 103)), which contained the initial conditional request to replead the Complaint, if necessary, at 49, n.66; (2) Plaintiffs' Supplemental Proffer of Additional Allegations Supporting Plaintiffs' Request for Leave to Replead the Consolidated Amended Complaint, if Necessary (the "Supplemental Proffer" (Dkt. No. 122)), which was filed on July 13, 2011; and (3) Plaintiffs' Third Proffer of Additional Allegations Supporting Plaintiffs' Request for Leave to

Plaintiffs believe their existing Complaint is sufficient, they did not file such a motion and contend that Rule 15(a) does not require such a contemporaneous filing under these circumstances. Rather, Plaintiffs sought to provide the Court with additional facts that were learned of *after* the filing of the Complaint, to "preview what additional facts or legal claims might be included in a second amended complaint (should one be allowed)," *Aponte-Torres v. University of Puerto Rico*, 445 F.3d 50, 58 (1st Cir. 2006). This was for the sole purpose of showing that if the Court were inclined to grant Defendants' Motions to Dismiss the Complaint, amendment would not be futile and therefore, dismissal should not be with prejudice to Plaintiffs' filing a motion to amend the Complaint under Rule 15(a).[2]

Dated: March 12, 2011　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joel H. Bernstein*
　　　　　　　　　　　　　　　　　　　　　　JOEL H. BERNSTEIN

　　　　　　　　　　　　　　　　　　　　**LABATON SUCHAROW LLP**
　　　　　　　　　　　　　　　　　　　　JOEL H. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　IRA A. SCHOCHET
　　　　　　　　　　　　　　　　　　　　IRINA VASILCHENKO
　　　　　　　　　　　　　　　　　　　　FELICIA Y. MANN
　　　　　　　　　　　　　　　　　　　　140 Broadway, 34th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　Telephone: 212/907-0700
　　　　　　　　　　　　　　　　　　　　212/818-0477 (fax)

　　　　　　　　　　　　　　　　　　　　*Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Co-Lead Counsel for the Class*

---

Replead the Consolidated Amended Complaint, if Necessary (the "Third Proffer" (Dkt. No. 130)), which was filed on December 22, 2011.

　　[2] *See* Plaintiffs' Opposition at 49, n.66.

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
JACK REISE
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94101
Telephone: 415/288-4545
415/288-4534 (fax)

*Attorneys for Plaintiff David Wagner
and Co-Lead Counsel for the Class*

JAMES F. HUMPHREYS
  & ASSOCIATES L.C.
SAMUEL D. ELSWICK
JAMES A. McKOWEN
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301
Telephone: 304/347-5050
304/347-5055 (fax)

*Liaison Counsel for Lead Plaintiff
Commonwealth of Massachusetts Pension
Reserves Investment Trust and the Class*

JOHN F. DASCOLI, PLLC
JOHN F. DASCOLI (SBID #6303)
2442 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304/720-8684
304/342-3651 (fax)

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

- **Jonathan L. Anderson**
  jlanderson@jacksonkelly.com

- **Stephen L. Brodsky**
  sbrodsky@zsz.com

- **Ricklin Brown**
  rbrown@baileyglasser.com

- **John F. Dascoli**
  johnfdascoli@hotmail.com, Pamdc519@aol.com

- **Samuel D. Elswick**
  selswick@jfhumphreys.com, rbell@jfhumphreys.com

- **A. L. Emch**
  aemch@jacksonkelly.com, sra@jacksonkelly.com, jcrawford@jacksonkelly.com

- **Thomas V. Flaherty**
  tflaherty@fsblaw.com, cmontague@fsblaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Brian A. Glasser**
  bglasser@baileyglasser.com

- **Stuart W. Gold**
  sgold@cravath.com

- **Tammy R. Harvey**
  tharvey@fsblaw.com, cmontague@fsblaw.com

- **Dennis J. Herman**
  DennisH@rgrdlaw.com

- **Laurie L. Largent**
  LLargent@rgrdlaw.com, triciam@rgrdlaw.com

- **J. Burton LeBlanc**
  bleblanc@baronbudd.com

- **Mitchell A. Lowenthal**
  mlowenthal@cgsh.com

- **James A. McKowen**
  Jmckowen@jfhumphreys.com, Dhoffman@jfhumphreys.com, Dmilhoan@jfhumphreys.com

- **Boaz S. Morag**
  bmorag@cgsh.com

- **Christopher S. Morris**
  cmorris@baileyglasser.com

- **Julie A. North**
  jnorth@cravath.com

- **Bradley J. Pyles**
  brad.pyles@cphtlogan.com, bjpyles@suddenlink.net

- **Jack Reise**
  jreise@rgrdlaw.com, pgeller@rgrdlaw.com

- **Darren J. Robbins**
  e_file_d@csgrr.com

- **Ronald S. Rolfe**
  rrolfe@cravath.com, managing_attorneys_office@cravath.com, sthompson@cravath.com

- **Mazin Sbaiti**
  msbaiti@baronbudd.com

- **Robert S. Schachter**
  rschachter@zsz.com

- **David C. Walton**
  davew@rgrdlaw.com

- **Fred B. Westfall, Jr.**
  fred.westfall@usdoj.gov

- **Christopher M. Wood**
  CWood@rgrdlaw.com

DATED:  March 12, 2012                    _/s/ Joel H. Bernstein_____
                                                      JOEL H. BERNSTEIN
                                                      **LABATON SUCHAROW LLP**
                                                        140 Broadway
                                                        New York, New York  10005
                                                        Telephone: (212) 907-0700
                                                        Facsimile: (212) 818-0477
                                                        jbernstein@labaton.com