**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

IN RE MASSEY ENERGY CO.
SECURITIES LITIGATION

CIVIL ACTION NO.   5:10-cv-00689

**AMENDED ORDER AND NOTICE**

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**06/07/12**   Last day for Rule 26(f) meeting.

**06/14/12**   Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the Court's website.   See LR Civ P 16.1.

**06/28/12**   Scheduling conference at **1:30 p.m.**, in **Beckley, West Virginia**, before the undersigned, unless cancelled.   If held, lead counsel shall appear and be prepared to discuss the following:

    (a)   the discovery to be completed and the amount of time necessary for its completion;
    (b)   the further formulation and simplification of issues, including possible elimination of claims or defenses;
    (c)   the possibility of entering into stipulations regarding issues for trial;
    (d)   the possibility of obtaining admissions regarding facts and documents; and
    (e)   other matters that will assist the parties in reaching a final resolution of this matter.

**07/09/12**   Entry of Scheduling Order.

**07/13/12**   Last day to serve FR Civ P 26(a)(1) initial disclosures pre-discovery.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P From 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: March 30, 2012

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA