IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

At Beckley

IN RE MASSEY ENERGY CO.             Civil Action No. 5:10-cv-00689
SECURITIES LITIGATION

## STIPULATION

It is hereby stipulated and agreed between lead plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust, plaintiff David Wagner, and defendants Alpha Appalachia Holdings, Inc. f/k/a Massey Energy Company, Don L. Blankenship, Baxter Philips, Jr., Eric B. Tolbert, J. Christopher Adkins, Richard M. Gabrys, Lady Barbara Thomas Judge, E. Gordon Gee, Dan R. Moore, James B. Crawford, Robert H. Foglesong, and Stanley C. Suboleski (collectively "Defendants") that the time within which Defendants may answer the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws is extended to and including June 18, 2012.

Stipulated and agreed this 5th day of April, 2012.

/s/Jonathan L. Anderson
A.L. Emch, Esq. (WVSB #1125)
Jonathan L. Anderson, Esq. (WVSB #9628)
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, WV 25322
(304) 340-1000

Ronald S. Rolfe, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

{JLA0010.1}

Julie A. North, Esq.
Stuart W. Gold, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
*Counsel for James B. Crawford, Robert H.
Foglesong, Richard M. Gabrys, E. Gordon Gee,
Lady Barbara Thomas Judge, Dan R. Moore and
Stanley C. Suboleski*


/s/ Thomas V. Flaherty
Thomas V. Flaherty, Esq. (WVSB #1213)
Tammy R. Harvey, Esq. (WVSB #6904)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
Charleston, WV 25301
(304) 347-4232
*Counsel for Don L. Blankenship, Baxter Philips, Jr.,
J. Christopher Adkins, and Eric B. Tolbert*


/s/Mitchell A. Lowenthal
Mitchell A. Lowenthal, Esq.
Boaz S. Morag, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Brian A. Glasser, Esq. (WVSB #6597)
Ricklin Brown, Esq. (WVSB #500)
Christopher S. Morris, Esq. (WVSB #8004)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
*Counsel for Alpha Applachia Holdings, Inc. f/k/a
Massey Energy Company*

/s/ Joel H. Bernstein
Joel H. Bernstein, Esq.
Ira A. Schochet, Esq.
Irina Vasilchenko, Esq.
Felicia Y. Mann, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
*Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Co-Lead Counsel for the Class*

Paul J. Geller, Esq.
Jack Reise, Esq.
ROBBINS GELLER RUDMAN & DOWD
Suite 500
120 East Palmetto Park Road
Boca Raton, FL 33432
(561) 750-3000

Dennis J. Herman, Esq.
Christopher M. Wood, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94101
(415) 288-4545
*Counsel for Plaintiff David Wagner and Co-Lead Counsel for the Class*

Samuel D. Elswick (WVSB #9271)
James A. McKowen (WVSB #2481)
JAMES HUMPHREYS & ASSOCIATES L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301
(304) 347-5050
*Liason Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and the Class*

John F. Dascoli, Esq. (WVSB #6303)
JOHN F. DASCOLI, PLLC
2442 Kanawha Boulevard, East
Charleston, West Virginia 25311
(304) 720-8684
*Local Counsel for Plaintiffs*

{JLA0010.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

At Beckley

IN RE MASSEY ENERGY CO.            Civil Action No. 5:10-cv-00689
SECURITIES LITIGATION

**CERTIFICATE OF SERVICE**

I, Jonathan L. Anderson, hereby certify that on April 9, 2012, I electronically filed the foregoing *Stipulation* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

A. L. Emch    aemch@jacksonkelly.com, jcrawford@jacksonkelly.com, sra@jacksonkelly.com

Alan I. Ellman    aellman@labaton.com

Boaz S. Morag    bmorag@cgsh.com

Bradley J. Pyles    brad.pyles@cphtlogan.com, bjpyles@suddenlink.net

Brian A. Glasser    bglasser@baileyglasser.com, lsadler@baileyglasser.com, mchapman@baileyglasser.com, mdennis@baileyglasser.com, pwilson@baileyglasser.com, tchandler@baileyglasser.com, ttanner@baileyglasser.com, vlynch@baileyglasser.com

Christopher J. Keller    ckeller@labaton.com

Christopher M. Wood    CWood@rgrdlaw.com

Christopher S. Morris    cmorris@baileyglasser.com, lsadler@baileyglasser.com, mdennis@baileyglasser.com, pwilson@baileyglasser.com, tchandler@baileyglasser.com

Darren J. Robbins    e_file_sd@rgrdlaw.com

David C. Walton    davew@rgrdlaw.com

David J. Goldsmith    dgoldsmith@labaton.com, electroniccasefiling@labaton.com

Dennis J. Herman    DennisH@rgrdlaw.com

Eric J. Belfi    ebelfi@labaton.com

Felicia Y. Mann    fmann@labaton.com

Fred B. Westfall, Jr.    fred.westfall@usdoj.gov, usawvs.ecfcivil@usdoj.gov

Ira A. Schochet    ischochet@labaton.com, electroniccasefiling@labaton.com

Irina Vasilchenko   ivasilchenko@labaton.com

J. Burton LeBlanc    bleblanc@baronbudd.com

Jack Reise    jreise@rgrdlaw.com, e_file_fl@rgrdlaw.com

James A. McKowen    Jmckowen@jfhumphreys.com, Cs1jam@aol.com, Dhoffman@jfhumphreys.com, Dmilhoan@jfhumphreys.com

Joel H. Bernstein    jbernstein@labaton.com, electroniccasefiling@labaton.com, fmann@labaton.com

John F. Dascoli    johnfdascoli@hotmail.com, Pamdc519@aol.com

Julie A. North    jnorth@cravath.com

Laurie L. Largent    LLargent@rgrdlaw.com, triciam@rgrdlaw.com

Mazin Sbaiti    msbaiti@baronbudd.com

Mitchell A. Lowenthal    mlowenthal@cgsh.com

Paul Jeffrey Geller    pgeller@rgrdlaw.com, e_file_fl@rgrdlaw.com

Ricklin Brown    rbrown@baileyglasser.com, jmarks@baileyglasser.com, mchapman@baileyglasser.com, mdennis@baileyglasser.com

Robert S. Schachter    rschachter@zsz.com

Ronald S. Rolfe    rrolfe@cravath.com, jsneider@cravath.com, managing_attorneys_office@cravath.com, sthompson@cravath.com

Samuel D. Elswick    selswick@jfhumphreys.com, electroniccasefiling@labaton.com, rbell@jfhumphreys.com, sauer@labaton.com

Stephen L. Brodsky    sbrodsky@zsz.com

Stuart W. Gold    sgold@cravath.com

{JLA0025.1}

Tammy R. Harvey     tharvey@fsblaw.com, cmontague@fsblaw.com

Thomas V. Flaherty     tflaherty@fsblaw.com, cmontague@fsblaw.com

 

/s/ Jonathan L. Anderson
Jonathan L. Anderson (WVSB #9628)

{JLA0025.1}