IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

In re MASSEY ENERGY CO.
SECURITIES LITIGATION

CIVIL ACTION NO. 5:10-cv-00689

## JOINT MOTION TO WITHDRAW AS COUNSEL

A. L. Emch, Jonathan L. Anderson, and the law firm Jackson Kelly PLLC and Stuart W. Gold, Julie A. North, the law firm Cravath, Swaine & Moore LLP and Ronald S. Rolfe (hereinafter referred to collectively as "Withdrawing Counsel"), pursuant to Local Rule of Civil Procedure 83.4, hereby move to withdraw as counsel for Defendant Alpha Appalachia Holdings, Inc., f/k/a Massey Energy Company (hereinafter "Alpha"). As further support for its motion, Withdrawing Counsel states the following:

1.     Defendant Alpha is currently represented in this action by Brian Glasser, Ricklin Brown, Christopher S. Morris and the law firm of Bailey & Glasser, LLP and Mitchell A. Lowenthal, Boaz Morag and the law firm of Cleary Gottlieb Steen & Hamilton LLP, and Withdrawing Counsel. Withdrawing Counsel seeks the Court's permission to be allowed to withdraw as counsel for Defendant Alpha.

2.     Brian Glasser, Ricklin Brown, Christopher S. Morris and the law firm of Bailey & Glasser, LLP and Mitchell A. Lowenthal, Boaz Morag and the law firm of Cleary Gottlieb Steen & Hamilton LLP will continue to represent Defendant Alpha.

3.     Withdrawing Counsel will continue to represent the following individual Defendants in this litigation: James B. Crawford, E. Gordon Gee, Robert H. Foglesong, Richard M. Gabrys, Lady Barbara Thomas Judge, Dan R. Moore and Stanley C. Suboleski.

{C2324809.1}                                                    1

4.      Counsel for Alpha has communicated with other counsel of record and is authorized to say there is no objection, by any other party, to the granting of this motion.

5.      WHEREFORE, A. L. Emch, Jonathan L. Anderson, and the law firm Jackson Kelly PLLC , Stuart W. Gold, Julie A. North and the law firm Cravath, Swaine & Moore LLP and Ronald S. Rolfe respectfully request the Court enter an Order allowing them to withdraw as counsel for Defendant Alpha Appalachia Holdings, Inc., f/k/a Massey Energy Company.

Respectfully submitted,

Withdrawing Counsel for Defendant Alpha Appalachia Holdings, Inc., f/k/a Massey Energy Company

/s/Jonathan L. Anderson
A.L. Emch, Esq. (WVSB #1125)
Jonathan L. Anderson, Esq. (WVSB #9628)
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, WV 25322
(304) 340-1000

/s/Stuart  W. Gold
Stuart W. Gold, Esq. (Pro Hac Vice)
Julie A. North, Esq. (Pro Hac Vice)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

/s/Ronald S. Rolfe
Ronald S. Rolfe, Esq. (Pro Hac Vice)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

At Beckley

IN RE MASSEY ENERGY CO.                          Civil Action No. 5:10-cv-00689
SECURITIES LITIGATION

## CERTIFICATE OF SERVICE

I, Jonathan L. Anderson, hereby certify that on May 14, 2012, I electronically filed the

foregoing *Joint Motion to Withdraw as Counsel* with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following CM/ECF participants:

A. L. Emch      aemch@jacksonkelly.com, jcrawford@jacksonkelly.com, sra@jacksonkelly.com

Alan I. Ellman      aellman@labaton.com

Boaz S. Morag      bmorag@cgsh.com

Bradley J. Pyles      brad.pyles@cphtlogan.com, bjpyles@suddenlink.net

Brian A. Glasser      bglasser@baileyglasser.com, lsadler@baileyglasser.com,
mchapman@baileyglasser.com, mdennis@baileyglasser.com, pwilson@baileyglasser.com,
tchandler@baileyglasser.com, ttanner@baileyglasser.com, vlynch@baileyglasser.com

Christopher J. Keller      ckeller@labaton.com

Christopher M. Wood      CWood@rgrdlaw.com

Christopher S. Morris      cmorris@baileyglasser.com, lsadler@baileyglasser.com,
mdennis@baileyglasser.com, pwilson@baileyglasser.com, tchandler@baileyglasser.com

Darren J. Robbins      e_file_sd@rgrdlaw.com

David C. Walton      davew@rgrdlaw.com

David J. Goldsmith      dgoldsmith@labaton.com, electroniccasefiling@labaton.com

Dennis J. Herman      DennisH@rgrdlaw.com

Eric J. Belfi      ebelfi@labaton.com

{C2324798.1}

Felicia Y. Mann    fmann@labaton.com

Fred B. Westfall, Jr.    fred.westfall@usdoj.gov, usawvs.ecfcivil@usdoj.gov

Ira A. Schochet    ischochet@labaton.com, electroniccasefiling@labaton.com

Irina Vasilchenko  ivasilchenko@labaton.com

J. Burton LeBlanc    bleblanc@baronbudd.com

Jack Reise    jreise@rgrdlaw.com, e_file_fl@rgrdlaw.com

James A. McKowen    Jmckowen@jfhumphreys.com, Cs1jam@aol.com,
Dhoffman@jfhumphreys.com, Dmilhoan@jfhumphreys.com

Joel H. Bernstein    jbernstein@labaton.com, electroniccasefiling@labaton.com,
fmann@labaton.com

John F. Dascoli    johnfdascoli@hotmail.com, Pamdc519@aol.com

Julie A. North    jnorth@cravath.com

Laurie L. Largent    LLargent@rgrdlaw.com, triciam@rgrdlaw.com

Mazin Sbaiti    msbaiti@baronbudd.com

Mitchell A. Lowenthal    mlowenthal@cgsh.com

Paul Jeffrey Geller    pgeller@rgrdlaw.com, e_file_fl@rgrdlaw.com

Ricklin Brown    rbrown@baileyglasser.com, jmarks@baileyglasser.com,
mchapman@baileyglasser.com, mdennis@baileyglasser.com

Robert S. Schachter    rschachter@zsz.com

Ronald S. Rolfe    rrolfe@cravath.com, jsneider@cravath.com,
managing_attorneys_office@cravath.com, sthompson@cravath.com

Samuel D. Elswick    selswick@jfhumphreys.com, electroniccasefiling@labaton.com,
rbell@jfhumphreys.com, sauer@labaton.com

Stephen L. Brodsky    sbrodsky@zsz.com

Stuart W. Gold    sgold@cravath.com

Tammy R. Harvey    tharvey@fsblaw.com, cmontague@fsblaw.com

Thomas V. Flaherty    tflaherty@fsblaw.com, cmontague@fsblaw.com


 /s/ Jonathan L. Anderson
Jonathan L. Anderson (WVSB #9628)