IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION | CIVIL ACTION NO. 5:10-cv-00689 |

**ORDER**

The Court has reviewed the Joint Motion to Withdraw as Counsel [Doc. 140]. Said Motion is hereby **GRANTED**. It is **ORDERED** that A. L. Emch, Jonathan L. Anderson, and the law firm Jackson Kelly PLLC and Stuart W. Gold, Julie A. North, the law firm Cravath, Swaine & Moore LLP and Ronald S. Rolfe are hereby removed as counsel of record for defendant Alpha Appalachia Holdings, Inc., f/k/a Massey Energy Company in this matter and are relieved of all obligations in this regard.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: May 16, 2012

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

{C2324838.1}