IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

------------------------------------------------------------X
                                                            :
In re MASSEY ENERGY CO.                                     :   Civil Action No. 5:10-cv-00689-ICB
SECURITIES LITIGATION                                       :
                                                            :   ECF CASE
                                                            :
------------------------------------------------------------X

## STIPULATION

It is hereby stipulated and agreed between lead plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust, plaintiff David Wagner, and defendants Alpha Appalachia Holdings, Inc. f/k/a Massey Energy Company, Don L. Blankenship, Baxter Philips, Jr., Eric B. Tolbert, J. Christopher Adkins, Richard M. Gabrys, Lady Barbara Thomas Judge, E. Gordon Gee, Dan R. Moore, James B. Crawford, Robert H. Foglesong and Stanley C. Suboleski (collectively "Defendants") that the time within which Defendants may answer the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws is extended to and including July 16, 2012.

Stipulated and agreed this 13th day of June, 2012.


/s/ A.L. Emch
A.L. Emch, Esq. (WVSB #1125)
Jonathan L. Anderson, Esq. (WVSB #9628)
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 533
Charleston, WV 25322
(304) 340-1000

Ronald S. Rolfe, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Julie A. North, Esq.
Stuart W. Gold, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
*Counsel for James B. Crawford, Robert H Foglesong, Richard M Gabrys, E. Gordon Gee, Lady Barbara Thomas Judge, Dan R. Moore and Stanley C. Suboleski*

/s/ Thomas V. Flaherty__
Thomas V. Flaherty, Esq. (WVSB #1213)
Tammy R. Harvey, Esq. (WVSB #6904)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
Charleston, WV 25301
(304) 347-4232
*Counsel for Don L. Blankenship, Baxter Philips, Jr., J. Christopher Adkins, and Eric B. Tolbert*

/s/ Christopher S. Morris__
Mitchell A. Lowenthal, Esq.
Boaz S. Morag, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Brian A. Glasser, Esq. (WVSB #6597)
Ricklin Brown, Esq. (WVSB #500)
Christopher S. Morris, Esq. (WVSB #8004)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
*Counsel for Alpha Appalachia Holdings, Inc. f/k/a Massey Energy Company*

/s/ Joel H. Bernstein
Joel H. Bernstein, Esq.
Ira A. Schochet, Esq.
Irina Vasilchenko, Esq.
Felicia Y. Mann, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
*Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Co-Lead Counsel for the Class*

Paul J. Geller, Esq.
Jack Reise, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
Suite 500
120 East Palmetto Park Road
Boca Raton, FL 33432
(561) 750-3000

Dennis J. Herman, Esq.
Christopher M. Wood, Esq.
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 9410 I
(415) 288-4545
*Counsel for Plaintiff David Wagner and Co-Lead Counsel for the Class*

Samuel D. Elswick (WVSB #9271)
James A. McKowen (WVSB #2481)
JAMES HUMPHREYS & ASSOCIATES L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301
(304) 347-5050
*Liaison Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and the Class*

John F. Dascoli, Esq. (WVSB #6303)
JOHN F. DASCOLI, PLLC
2442 Kanawha Boulevard, East
Charleston, West Virginia 25311
(304) 720-8684
*Local Counsel for Plaintiffs*