USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

In re Massey Energy Co. Securities Litigation

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

V.

CIVIL ACTION NUMBER 5:10-cv-00689

---

Steven Herman, Zuckerman Spaeder LLP           987250

*Name of Visiting Attorney and firm name* — *Bar ID number*

Mr. Donald L. Blankenship

*Name of party represented*

District of Columbia - 1101 K Street, NW, Suite 200, Washington, DC 20005
Pennsylvania (Bar #205832) -- 600 Commonwealth Avenue, Suite 5600, P. O. Box 62625, Harrisburg, PA 17106

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

*Visiting Attorney's office address*

(202) 778-1800    (202) 822-8106    sherman@zuckerman.com

*Visiting Attorney's office telephone number* — *Office fax number* — *Email address*

Tammy R. Harvey
Flaherty Sensabaugh Bonasso PLLC           WV 6904

*Name of Sponsoring Attorney and firm name* — *WV Bar ID number*

200 Capitol Street
Charleston, WV 25301

*Sponsoring Attorney's office address*

(304) 345-0200    (304) 345-0260    tharvey@fsblaw.com

*Sponsoring Attorney's office telephone number* — *Office fax number* — *Email address*

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| July 6, 2012 | /s/ Steven Herman |
|---|---|
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| July 6, 2012 | /s/ Tammy R. Harvey |
|---|---|
| Date | Signature of Sponsoring Attorney |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**