USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT  BECKLEY

In re Massey Energy Co. Securities Litigation

**STATEMENT OF VISITING ATTORNEY**
**AND DESIGNATION OF LOCAL COUNSEL**

**V.**

**CIVIL ACTION  NUMBER 5:10-cv-00689**

William W. Taylor, III, Zuckerman Spaeder LLP | 84194
---|---
*Name of Visiting Attorney and firm name* | *Bar ID number*

Mr. Donald L. Blankenship

*Name of party represented*

District of Columbia - 1101 K Street, NW, Suite 200, Washington, DC   20005
North Carolina (Bar #4296) -- 8000 Weston Parkway, Cary, NC  27513

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC   20036

*Visiting Attorney's office address*

(202) 778-1800 | (202) 822-8106 | wtaylor@zuckerman.com
---|---|---
*Visiting Attorney's office telephone number* | *Office fax number* | *Email address*

Tammy R. Harvey
Flaherty Sensabaugh Bonasso PLLC | WV  6904
---|---
*Name of Sponsoring Attorney and firm name* | *WV Bar ID number*

200 Capitol Street
Charleston, WV   25301

*Sponsoring Attorney's office address*

(304) 345-0200 | (304) 345-0260 | tharvey@fsblaw.com
---|---|---
*Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address*

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of

Visiting Attorney and that I have never been convicted of a felony.  I further certify that I have paid

the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West

Virginia State Bar's requirements for attorneys admitted pro hac vice.

| July 6, 2012 | /s/  William Taylor |
|:---:|:---:|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West

Virginia, I am a member in good standing of the West Virginia State Bar,  and I am a member of the

bar of this Court.  I further certify that I have an office for the practice of law in West Virginia, and

I practice law primarily in West Virginia.   I agree that pleadings, notices, and other papers may

be served on me in this case. I consent to being the Sponsoring Attorney for the above-named

Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.



| July 6, 2012 | /s/  Tammy R. Harvey |
|:---:|:---:|
| *Date* | *Signature of Sponsoring Attorney* |

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**