IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| IN RE: MASSEY ENERGY CO.<br>SECURITIES LITIGATION | CIVIL ACTION NO. 5:10-cv-00689 |

ORDER GRANTING MOTION TO WITHDRAW
AND SUBSTITUTING COUNSEL FOR J. CHRISTOPHER ADKINS

    This matter is before the Court via the motion of Thomas V. Flaherty, Tammy R. Harvey and Flaherty Sensabaugh Bonasso, PLLC to withdraw as counsel for Defendant J. Christopher Adkins.  The Court is advised that Mr. Adkins has retained new counsel in Edward P. Tiffey and Tiffey Law Practice, PLLC, that his new counsel is prepared to move forward, and that the withdrawal of current counsel will not cause prejudice to the defendant.  Thomas V. Flaherty, Tammy R. Harvey, and Flaherty Sensabaugh Bonasso, PLLC shall remain as counsel for Defendants Don L. Blankenship, Baxter J. Phillips, Jr. and Eric B. Tolbert.

    Accordingly, the motion is hereby **ORDERED GRANTED**.  It is also **ORDERED** that Thomas V. Flaherty, Tammy R. Harvey, and Flaherty Sensabaugh Bonasso, PLLC are relieved of their representation of J. Christopher Adkins as of the entry of this Order.  It is further **ORDERED** that the Clerk shall amend the docket in this civil action to reflect the withdrawal of the aforementioned counsel and the addition of Edward P. Tiffey and Tiffey Law Practice, PLLC as new counsel for J. Christopher Adkins.

    The Clerk is directed to transmit this Order to all counsel of record.

ENTERED this 16th day of July, 2012.

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

Jointly Submitted by:

/s/ Tammy R. Harvey_____
Thomas V. Flaherty (WV Bar #1213)
Tammy R. Harvey (WV Bar #6904)
FLAHERTY SENSABAUGH BONASSO PLLC
P. O. Box 3843
Charleston, WV  25338-3843
(304) 345-0200

/s/ Edward P. Tiffey_____
Edward P. Tiffey (WV Bar #6042)
TIFFEY LAW PRACTICE, PLLC
205 Capitol Street, 4th Floor
P. O. Box 3785
Charleston, WV  25337-3785
(304) 344-3200