IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION | Civil Action No. 5:10-cv-00689 |
| | CLASS ACTION |
| This Document Relates To: | The Honorable Irene C. Berger |
| ALL ACTIONS. | |

**MOTION OF THE UNITED STATES OF AMERICA
TO CONTINUE THE STAY OF DISCOVERY PREVIOUSLY
ENTERED BY THE COURT IN THIS CIVIL ACTION**

Pursuant to Rules 16 and 26(c) of the Federal Rules of Civil Procedure, as well as other applicable federal law and the inherent power of this Court, the United States moves this Court for an order continuing the stay of discovery in this Civil Action until the earlier of July 15, 2013, or the conclusion of the United States' criminal investigation of conduct relating to the subject matter of this Civil Action (the "Criminal Investigation"). The United States is authorized by counsel for all other parties to this Civil Action to represent that they do not oppose this motion.

**Statement of Grounds for Motion**

The United States has made significant progress in the Criminal Investigation since the parties filed their Joint Statement on July 3, 2012 [Doc. 147]. Notably, the United States has been able to secure the cooperation of certain witnesses critical to the Criminal Investigation. Information provided by these witnesses has led the United States to obtain a large volume of

additional documents and allowed it to identify other witnesses of significance to its investigation. The United States is in the process of obtaining further documents based on recent witness cooperation. The United States expects that these new sources of information will allow it to substantially advance its investigation in the coming months.

As explained in the United States' portion of the parties' Joint Statement of July 3, 2012, allowing civil discovery to proceed at this time would pose serious risks to the Criminal Investigation. The subject matter of this Civil Action and the Criminal Investigation overlap heavily. Some individual civil defendants may be or may become subjects of the Criminal Investigation. When civil discovery goes forward, the civil parties will gain information not otherwise available to them, allowing them to anticipate in detail the direction of the Criminal Investigation. This information likely would include documents only recently obtained or sought by the United States as a result of newly available information. An extension of the discovery stay thus is appropriate to protect the public's interest in the Criminal Investigation's unimpeded progress. The extension sought, moreover, is consistent with stays regularly granted in shareholder civil actions that parallel criminal investigations.

The United States recognizes the important interests of the parties to this Civil Action and has consulted with those parties regarding the requested extension of the discovery stay. Those parties have all represented to the United States that they do not oppose the extension sought in this Motion.

As the Court is aware, a shareholder derivative action involving the former Massey Energy Company, *In re Massey Energy Company Derivative Litigation*, No. 5430-CS (Del. Ch.) (the "Delaware Action"), is pending in the Delaware Court of Chancery. Like this Civil Action, discovery in the Delaware Action has been stayed until January 15, 2013. An extension of that

stay, to encompass the same period of time as the extension sought in this Civil Action, is likewise being sought in the Delaware Action.

### Request For Entry Of Order Continuing The Stay Of Discovery

Accordingly, the United States respectfully requests that the Court enter an order continuing the stay of discovery in this Civil Action until the earlier of July 15, 2013, or the conclusion of the United States' criminal investigation of conduct relating to the subject matter of this Civil Action.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV  25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov

## CERTIFICATE OF SERVICE

I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on January 11, 2013, I electronically filed the foregoing **MOTION OF THE UNITED STATES OF AMERICA TO CONTINUE THE STAY OF DISCOVERY PREVIOUSLY ENTERED BY THE COURT IN THIS CIVIL ACTION** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

LABATON SUCHAROW LLP
JOEL H. BERNSTEIN
IRA A. SCHOCHET
IRINA VASILCHENKO
FELICIA Y. MANN
140 Broadway, 34th Floor
New York, NY  10005
*Counsel for Lead Plaintiff Commonwealth of Massachusetts*
*Pension Reserves Investment Trust*
*and Co-Lead Counsel for the Class*

PAUL J. GELLER
JACK REISE
ROBBINS GELLER RUDMAN &   DOWD LLP
120 East Palmetto Park Road,
Suite 500  Boca Raton, FL 33432

DENNIS J. HERMAN
CHRISTOPHER M. WOOD
ROBBINS GELLER RUDMAN &   DOWD LLP
Post Montgomery Center
One Montgomery Street,
Suite 1800
San Francisco, CA 94101
*Attorneys for Plaintiff David Wagner and Co-Lead Counsel for the Class*

JAMES A. MCKOWEN
JAMES F. HUMPHREYS &   ASSOCIATES L.C.
United Center, Suite 800
500 Virginia Street East
Charleston, WV 25301  Telephone:
*Liaison Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves*
*Investment Trust and the Class*

JOHN F. DASCOLI
JOHN F. DASCOLI, PLLC
2442 Kanawha Boulevard, East
Charleston, WV 25311  Telephone:

*Local Counsel for Plaintiffs*

Ricklin Brown
BAILEY & GLASSER, LLP
209 Capitol Street  Charleston, WV 25301

Mitchell A. Lowenthal
Victor L. Hou
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON  LLP
One Liberty Plaza  New York, NY 10006
*Attorneys for Defendant Massey Energy Company (now known as Alpha Appalachia  Holdings, Inc.)*

A.L. Emch
Jonathan L. Anderson
JACKSON KELLY PLLC
1600 Laidley Tower
P. O. Box 553  Charleston, WV 25322

Stuart W. Gold
Julie A. North
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza  825 Eighth Avenue
New York, NY 10019

Ronald S. Rolfe, Esq.
Worldwide Plaza 825 Eighth Avenue
New York, NY 10019-7475
*Attorneys for Defendants James B. Crawford, E.  Gordon Gee, Robert H. Foglesong, Richard M. Gabrys, Lady Barbara Thomas Judge, Dan R.  Moore, and Stanley C. Suboleski*

Thomas V. Flaherty
Tammy R. Harvey
FLAHERTY SENSABAUGH BONASSO PLLC
P. O. Box 3843
Charleston, WV 25338-3843
*Attorneys for Defendants Don L. Blankenship,  Baxter F. Phillips, Jr., Eric B. Tolbert, and Christopher Adkins*

**R. BOOTH GOODWIN II**
**United States Attorney**

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV 25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov