IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

IN RE MASSEY ENERGY CO.
SECURITIES LITIGATION

CIVIL ACTION NO.   5:10-cv-00689
(consolidated with 5:10-cv-00776)

**ORDER**

The Court has reviewed the *Motion of the United States to Continue Stay of Discovery and for In Camera Ex Parte Hearing* (Document 166).   For good cause shown, the Court **ORDERS** that the motion be **GRANTED IN PART**.

To the extent that the United States is moving the Court to hold an ex parte hearing, the motion is **GRANTED**, and the Court **ORDERS** that an ex parte hearing with the United States be **SCHEDULED** for **Thursday, April 25, 2013, at 1:30 p.m., in Beckley, West Virginia**. To the extent that the United States is moving the Court to continue the stay of this matter, the Court **ORDERS** that a ruling on the same be **DEFERRRED** pending the conclusion of the ex parte hearing.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:        April 19, 2013

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA