IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

IN RE MASSEY ENERGY CO.
SECURITIES LITIGATION

CIVIL ACTION NO. 5:10-cv-00689
(consolidated with 5:10-cv-00776)

**ORDER**

The Court has reviewed the Motion of the United States to Continue Stay of Discovery and for In Camera Ex Parte Hearing (Document 166) in this matter. Having carefully considered the motion and having held an ex parte hearing on April 25, 2013, at which the United States appeared by its counsel, the Court **FINDS**, for the reasons more specifically stated on the record, that an extension of the stay is legally warranted and appropriate. Accordingly, the Court **ORDERS** that the motion (Document 166) be **GRANTED**, and that the stay of this matter be **EXTENDED** until **July 15, 2013**.

Further, for reasons appearing to the Court, it is hereby **ORDERED** that the transcript of the ex parte hearing be **SEALED** and not opened or released without further order of the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: April 25, 2013

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA