# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/17/2013                                                                  Case Number 5:10-cv-00689
Case Style: In Re: Massey Energy vs.
Type of hearing Motion Hearing
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                              Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government see appearances below


Attorney(s) for the Defendant(s) see appearances below


Law Clerk none present                                                      Probation Officer

## Trial Time



## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

1:25 pm    to 1:52 pm
Total Court Time: 0 Hours 27 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Appearances:
    Fred Westfall, Jr. (on behalf of United States, Movant)
    Steve Ruby (U.S. Attorney's Office)

Scheduled Start 1:25 p.m.
Actual Start 1:52 p.m.
[Beckley case; hearing held in Charleston]

Matter scheduled as an in camera ex parte hearing on United States' motion (Document 170) to continue stay of discovery.
Hearing sealed.
Matter concluded at 1:52 p.m.