IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

IN RE MASSEY ENERGY CO.
SECURITIES LITIGATION

CIVIL ACTION NO.  5:10-cv-00689
(consolidated with 5:10-cv-00776)

ORDER

The Court has reviewed the *Motion of the United States to Continue Stay of Discovery and for In Camera Ex Parte Hearing* (Document 170) in this matter.  Having carefully considered the motion and having held an ex parte hearing on July 17, 2013, at which the United States appeared by its counsel, the Court **FINDS** good cause exists to continue the stay imposed in this matter.  Additionally, for the reasons more specifically stated on the record, the Court **FURTHER FINDS** that an extension of the stay is reasonable, legally warranted and appropriate.  Accordingly, the Court **ORDERS** that the motion (Document 170) be **GRANTED**, and that the stay of this matter be **EXTENDED** until **January 15, 2014**.

Further, for reasons appearing to the Court, it is hereby **ORDERED** that the transcript of the ex parte hearing be **SEALED** and not opened or released to any party or person without further order of the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:    July 18, 2013

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA