# JAMES F. HUMPHREYS & ASSOCIATES L.C.



September 3, 2013



Cassandra D. Staples
Deputy-in-Charge
United States District Court
Southern District of West Virginia
110 North Heber Street
Room 119
Beckley, WV 25801

Re:   *MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All   Others Similarly Situated,*

*Plaintiff,*

v.

Civil Action No.:  *5:10-0689*

*MASSEY ENERGY COMPANY, DON L. BLANKENSHIP, BAXTER F. PHILLIPS, JR., ERIC B. TOLBERT, RICHARD M. GABRYS, LADY BARBARA THOMAS JUDGE, DAN R. MOORE, JAMES B. CRAWFORD, ROBERT H. FOGLESONG and STANLEY C. SUBOLESKI,*

*Defendants.*

Dear Ms. Staples:

Per your conversation today with my Paralegal, Michelle, please remove Samuel D. Elswick from the above case.  He is no longer working for our firm.

Should you have any questions, please do not hesitate to contact me at (304) 347-5050.

Sincerely,

James A. McKowen

JAM/ms

10 Hale Street, Suite 400
Charleston, WV 25301
Telephone: (304) 347-5050 • Fax: (304) 347-5055
E-mail: law@jfhumphreys.com