IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

IN RE MASSEY ENERGY CO.
SECURITIES LITIGATION

CIVIL ACTION NO.   5:10-cv-00689
(consolidated with 5:10-cv-00776)

**ORDER**

A review of the docket in the above-styled matter indicates that the stay entered by Order of this Court on July 18, 2013 (Document 174) expired on January 15, 2014.  In a letter filed on December 17, 2013 (Document 177), one of the attorneys for the lead plaintiff represented to the Court "on behalf of all parties to the action" that the parties have reached a settlement in principle and are in the process of "negotiating and preparing a formal Stipulation of Settlement."

For reasons appearing to the Court, and given that a month has lapsed since the filing of Document 177, the Court hereby **ORDERS** that the parties submit to the Court **WITHIN FOURTEEN (14) DAYS** a written report which reflects the current status of the Stipulation of Settlement.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:     January 23, 2014

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA