UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

| | |
|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 5:10-cv-00689-ICB<br><br><u>CLASS ACTION</u><br><br>The Honorable Irene C. Berger |

### **DECLARATION OF JOEL H. BERNSTEIN**

I, JOEL H. BERNSTEIN, declare as follows pursuant to 28 U.S.C. §1746:

1. I am a senior partner of the law firm of Labaton Sucharow LLP, counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Co-Lead Counsel for the proposed Settlement Class, and am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiff's motion for preliminary approval of the proposed class action settlement. I have personal knowledge of the matters testified to herein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of February 5, 2014, with annexed exhibits.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the firm resume of Labaton Sucharow LLP.

4.	Annexed hereto as Exhibit 3 is a true and correct copy of the firm resume of Robbins Geller Rudman & Dowd LLP.

5.	Annexed hereto as Exhibit 4 is a true and correct copy of the firm resume of A.B. Data Ltd., the proposed claims administrator for the Settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2014.

/s/ Joel H. Bernstein<br>JOEL H. BERNSTEIN

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

- **Jonathan L. Anderson**
  jlanderson@jacksonkelly.com
- **Stephen L. Brodsky**
  sbrodsky@zsz.com
- **Ricklin Brown**
  rbrown@baileyglasser.com
- **John F. Dascoli**
  johnfdascoli@hotmail.com,
  Pamdc519@aol.com
- **Samuel D. Elswick**
  selswick@jfhumphreys.com,
  rbell@jfhumphreys.com
- **A. L. Emch**
  aemch@jacksonkelly.com,
  sra@jacksonkelly.com,
  jcrawford@jacksonkelly.com
- **Thomas V. Flaherty**
  tflaherty@fsblaw.com,
  cmontague@fsblaw.com
- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com
- **Brian A. Glasser**
  bglasser@baileyglasser.com
- **Stuart W. Gold**
  sgold@cravath.com
- **Tammy R. Harvey**
  tharvey@fsblaw.com,
  cmontague@fsblaw.com
- **Dennis J. Herman**
  DennisH@rgrdlaw.com
- **Laurie L. Largent**
  LLargent@rgrdlaw.com,
  triciam@rgrdlaw.com
- **J. Burton LeBlanc**
  bleblanc@baronbudd.com
- **Mitchell A. Lowenthal**
  mlowenthal@cgsh.com
- **James A. McKowen**
  Jmckowen@jfhumphreys.com,
  Dhoffman@jfhumphreys.com,
  Dmilhoan@jfhumphreys.com
- **Boaz S. Morag**
  bmorag@cgsh.com
- **Christopher S. Morris**
  cmorris@baileyglasser.com
- **Julie A. North**
  jnorth@cravath.com
- **Bradley J. Pyles**
  brad.pyles@cphtlogan.com,
  bjpyles@suddenlink.net
- **Jack Reise**
  jreise@rgrdlaw.com,
  pgeller@rgrdlaw.com
- **Darren J. Robbins**
  e_file_d@csgrr.com
- **Ronald S. Rolfe**
  rrolfe@cravath.com,
  managing_attorneys_office@cravath.com,
  sthompson@cravath.com
- **Mazin Sbaiti**
  msbaiti@baronbudd.com
- **Robert S. Schachter**
  rschachter@zsz.com
- **David C. Walton**
  davew@rgrdlaw.com
- **Fred B. Westfall, Jr.**
  fred.westfall@usdoj.gov
- **Christopher M. Wood**
  CWood@rgrdlaw.com