# Exhibit 4



creating lasting partnerships

Innovative technology.
Extraordinary human talent.
Unmatched expertise, resources, and capacity.

## ABOUT A.B. DATA

Founded in 1980, A.B. Data has earned an international reputation for expertly managing the complexities of class action administration in securities, Securities and Exchange Commission (SEC) enforcement actions, ERISA, consumer, antitrust, employment, civil rights, insurance, environmental, wage and hour, and other class action cases. A.B. Data's work in all aspects of class action administration has been perfected by decades of experience. Dedicated professionals deliver A.B. Data's all-inclusive services, working in partnership with its clients to administer their class action cases effectively, efficiently, and affordably, regardless of size or scope.

A.B. Data is the fastest-growing company in this industry, with more than $2.5 billion in settlements currently in various stages of administration. Ranked according to percentage of revenue growth from 2006 through 2009, A.B. Data was among the 5,000 fastest-growing companies on the *2010 Inc and 2013 . 500|5000*, an exclusive ranking of the nation's entrepreneurial businesses. Based on revenue growth and a number of additional qualifying factors, we are the only class action administration company to achieve this elite standing in 2010.

Whether notifying millions of class members in the United States or throughout the world, processing millions of claims, or printing and distributing millions of checks, A.B. Data matches its talent and technology to the specific needs of its clients, delivering unparalleled service on time and on budget without ever compromising quality.

With more than 500 employees, A.B. Data offers unmatched resources and capacity, and is capable of expertly administering any class action notice, settlement, and/or fund administration. We offer the highest level of security and have the in-house capacity to mail four million personalized pieces every 24 hours. The company's 187,000-square-foot mail distribution center, with its own on-site United States Postal Service (USPS) substation, is one of the nation's largest and most advanced facilities. In addition, A.B. Data has been entrusted to MICR-print and mail 70,000 checks a week, totaling more than $1 billion annually, and has the capacity to print and mail one million checks per day.

A.B. Data has administered some of the largest and most complex class action cases in history. Our success is driven by passion for class action administration and our focus on client relationships. An intensely case-specific approach and a philosophy of respect and professionalism toward our clients and claimants guide every aspect of our work, from the presettlement phase through notice administration, claims processing, and fund distribution.

A.B. Data administers class action cases on schedule and on budget with accuracy and efficiency. Trust the extraordinary, experienced professional talent at A.B. Data, and retain our services.

info@abdataclassaction.com

| | | | |
|---|---|---|---|
| One Battery Park Plaza, 32nd Floor, New York, NY 10004 | 1808 Swan Street, N.W. Washington, D.C. 20009 | 3507 Kyoto Gardens Drive, 200 Palm Beach Gardens, FL 33410 | 600 A.B. Data Drive Milwaukee, WI 53217 |
| p 646-290-9137 | p 202-462-2040 | p 561-336-1801 | p 414-961-6440 |
| f 646-290-6070 | f 202-462-2085 | f 561-336-1808 | f 414-961-7499 |



A. B. DATA, LTD
abdataclassaction.com
New York | Washington, D.C. | Palm Beach Gardens | Milwaukee          P a g e | 1 of 12

## TABLE OF CONTENTS

FACTORS THAT DIFFERENTIATE A.B. DATA

CLASS ACTION ADMINISTRATION SERVICES

    Presettlement Consultation

    Notice Administration

    Publication Notice

    Reach and Frequency Analysis

    Claims Processing

    Development of Distribution Plan

    Fund Distribution

    Client Portal

    Call Center

    Website Services

    Secure Environment

    Data Security

    Fraud Prevention and Detection

    Accountability and Reporting

    Community and Diversity

    Environmentally-Friendly Business

A.B. DATA'S LEADERSHIP

NOTABLE ENGAGEMENTS



A.B. DATA, LTD.
abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

# FACTORS THAT DIFFERENTIATE A.B. DATA

- A.B Data's competitive and transparent pricing structure contains no hidden fees or unpredictable hourly rates. No additional services or costs are incurred without clients' prior approval

- Our experienced class action administration team includes attorneys and CPAs that handle every aspect of the administration and deliver an impeccable work product with exemplary service. Our executive and management professionals have, on average, 14 years or more of industry experience and client services/project employees average 10 years

- We rapidly respond to our clients' needs and strive to exceed their expectations in every detail

- A.B. Data's notice programs are known worldwide for their innovation, efficiency, and compliance with due process requirements

- Our customized approach results in simplified claims processing, quick distributions, and considerable cost savings

- A.B. Data's proprietary fraud detection database prevents payment of fraudulent claims

- Our recently renovated call center operates 24/7 and contains state-of-the-art telecommunications systems designed to meet the requirements of all administration projects

- Our cutting-edge information and systems technologies enable us to provide superior quality control and assurance

- The proprietary online claims submission system allows class members to submit claims in a fast, flexible, and cost-effective manner

- A.B. Data offers the highest level of security and has the in-house capacity to mail four million personalized pieces every 24 hours. A.B. Data's 187,000-square-foot mail distribution center, with its own on-site USPS substation, is one of the nation's largest and most advanced facilities

- We maintain a neutral focus when working with its multiple clients, including class counsel, defense counsel, defendant companies, special masters, and claims-filing services

- A.B. Data's in-house print, mail, and operational facilities streamline communication and maintain the highest level of security

- Documents are designed to withstand legal scrutiny through accurate, efficient, and timely preparation

- Clients receive updates with the latest developments in class action and industry news

# CLASS ACTION ADMINISTRATION SERVICES

## PRESETTLEMENT CONSULTATION

A.B. Data helps its clients to prepare a stronger case. During investigation and discovery, our electronic records management and proven procedures enable our team to quickly provide a fully interactive media package for court presentations and settlement negotiations.

By retaining A.B. Data, clients gain confidence that their case management is rock-solid from the start with
- Document analysis, organization, and conversion into an interactive media package
- Consultation on proposed plans of allocation and damages analyses by experienced securities litigators and certified public accountants
- Assistance with "reach and frequency" analysis
- Consultation for designing and implementing preliminary notice programs that will withstand objections and challenges, as well as meet legal statutes and CAFA requirements
- Consultation to determine probable claim rates and settlement structures in an effort to avoid unexpected delays and additional costs that can arise when providing notice and distributing a settlement fund

## NOTICE ADMINISTRATION

A.B. Data is an industry leader in full-service class action notice administration. Our class action notice programs are known worldwide for their efficiency, effectiveness, affordability, and compliance with Federal Rule of Civil Procedure 23 and due process requirements. Our services include class member location; third-party outreach; and media, Internet, email, and direct-mail notice.

A.B. Data have designed and implemented some of the largest and most complicated national and international antitrust and class action notifications in the world. Globally, A.B. Data has successfully notified millions of class members throughout 137 countries in more than 80 languages. Domestically, as part of our multifaceted approach to class member location, A.B. Data is a licensee of various postal products, including NCOALink, which tracks millions of moves across the United States.

As a leading class action notice administrator, A.B. Data produces high volumes of notice documents with accuracy, speed, and quality. We print customized notice packages in a cost-efficient format that substantially improves the efficacy of the notice program.

A.B. Data's team of class action attorneys, professional proofreaders, and design specialists ensure that all notice packages are clear, accurate, and easy to understand.
- Identify and locate potential class members via proprietary methods and research tools
- Design and implement synergistic media notice campaigns (online, print, radio, and television)
- Develop and implement case-specific third-party outreach campaigns
- Coordinate legal translation of notice documents
- Draft CAFA notice, identify appropriate government agencies, and disseminate CAFA notice
- Utilize a proprietary list of over 5,000 domestic and international banks, brokers, and other nominees (for securities class action cases and SEC enforcement actions)

## PUBLICATION NOTICE, PRINT, SOCIAL MEDIA, AND DIGITAL MEDIA

A.B. Data's Media Notice Division led by Linda V. Young, a media veteran with decades of class action media notice expertise in some of the most prominent cases in the industry.  As Vice President, Media, Young will develop Media Notice Plans along with Anya Verkhovskaya, COO and Notice Expert, Heather Marsh, Director, Digital Marketing, and Kelly Gardner, Vice President, Direct Mail and List Services.

The Media Notice Division will also provide expertise on Rule 23, MRI-generated audience analysis, reach and frequency analysis, plus direct-marketing tactics to reach unidentified class members. We are confident that under Young's leadership, the A.B. Data Media Division will continue to expand the array of targeted media solutions for Class Action Notice programs.

## CLAIMS PROCESSING

A.B. Data's customized approach combines accuracy, accountability, and speed with our human touch. Each claim is reviewed in detail and processed precisely in accordance with the court-approved plan of allocation or settlement stipulation. A.B. Data's claims-processing services include paper and electronic claims processing, with optical character recognition technology to convert claims and correspondence into electronically searchable databases.

A.B. Data's proprietary Claims Engine, created by expert software engineers in collaboration with the Claimant Services Department, offers an extremely flexible workflow engine that allows high-speed claims imaging and processing without compromising quality. The database's high level of automation allows maximum control and provides a comprehensive and accurate claims solution. The A.B. Data Claims Engine contains the following special features:

- Eligibility criteria formula, which allows automatic flagging of claimants who do not meet the established criteria
- High-speed, bar-coded claims-processing system
- Complete tracking of all claims administration-related activities
- Case-specific algorithms and formulas for the calculation of individual payments and *pro rata* distribution.

When processing is complete and recommendations must be made to the court for settlement distribution, A.B. Data prepares timely affidavits that are accurate, concise, supported by the required documentation, and designed to withstand legal scrutiny. A.B. Data has the in-house capacity to process millions of pages, but every process is transparent, and every claim is handled as if it were the only one.

Whether processing a claim form requires only a signature or detailed data with supporting documentation, A.B. Data's claims administration team

- Prepares affidavits and recommendations drafted by experienced class action litigators and accounting professionals
- Assures that lead plaintiff's claim is filed timely and correctly
- Verifies claims substantiations, as well as flag deficiencies and resolutions
- Detects and rejects fraudulent, duplicate, or excluded-party claims
- Processes exclusion requests and objections within two hours of receipt
- Calculates recognized losses and individual payments
- Manages claim-related correspondence
- Audits claims-processing, including quality control and quality assurance
- Provides comprehensive on-demand reporting

## DEVELOPMENT OF DISTRIBUTION PLAN

A.B. Data's team of fund administration professionals includes former class action attorneys, certified public accountants, and certified financial analysts and auditors. They bring years of dedicated experience assisting investors with SEC enforcement actions and private securities litigations.

We have developed hundreds of distribution plans, all in accordance with applicable orders, laws, regulations, policies, and procedures. Our customized approach to every case results in timely distributions, user-friendly claims processes, and greater cost savings. Depending upon the circumstances of each action, A.B. Data works in concert with our clients to conduct relevant economic and financial analyses, develop related methodologies for loss calculation, create appropriate plans of allocation, and if applicable, generate a targeted notice program and claims process.

## FUND DISTRIBUTION

A.B. Data provides a full-service solution to settlement fund distribution. Our team of certified public accountants and financial advisors expertly manages fund distribution while meeting legal, financial, and governmental requirements. We offer complete escrow services, establish qualified settlement funds; print and mail checks, vouchers, or coupons; electronically distribute cash or stock; and provide tax services.

- Establish and maintain accounts (escrow, FDIC-insured controlled distribution, or managed distribution), with daily account reconciliations and records of all distributions
- Create fund investment strategies
- Electronically transfer cash and/or common stock
- Utilize positive pay
- Securely print checks (up to a million per day)
- Monitor outstanding and cleared checks
- Investigate and attempt to resolve issues with undelivered checks
- Provide detailed reporting, including completion of the standardized fund accounting report (SFAR)
- Offer all-inclusive tax and accounting services, including 1099 and W-2 tax reporting

## CALL CENTER

A.B. Data's newly renovated, multilingual call center utilizes state-of-the-art telecommunications systems designed to meet the specific requirements of any administration project, as well as to maximize the financial and service goals of our clients.

The call center is managed by full-time staff well-versed in the specific details of every case. Our skilled multilingual customer service representatives are trained using case-specific materials and resources, and use telephone scripts written by our attorneys and approved by our clients.

Quality assurance and quality control procedures ensure the transmission of clear and accurate information to class members in a courteous and professional manner. The call center is able to handle large call volumes for notice mailing and emailing, claims administration, deficiency and rejection letter mailings, and distribution check mailing.

In addition to providing class members with superior quality service, our customer service representatives can respond to online and email inquiries; document notice, claim form, and call-back requests; and return calls within 24 hours regarding the status of the administration.

Clients may also utilize A.B. Data's advanced interactive voice response (IVR) system, which is a cost-effective way for class members to receive informational announcements, request notices and claim forms, and obtain case-specific details. The IVR system provides toll-free telephone numbers, multilingual customer service representatives, and Teletype (TTY) for deaf and hearing-impaired individuals.

## WEBSITE SERVICES

In cases where a website is required, A.B. Data designs, hosts, and maintains a website wherein class members have access to relevant case information and updates, key documents, and downloadable notice and claim documents. Depending upon the circumstances of the case, the website could list the following:

- Case status
- Responses to frequently asked questions
- Online claim forms and instructions
- Case contact information

For all web-based features, A.B. Data's system has complete functionality using the three most recent versions of industry-standard browsers. Samples of case-specific websites developed by A.B. Data can be obtained by referencing cases on our website at abdataclassaction.com.

## SECURE ENVIRONMENT

A.B. Data's facilities provide the highest level of security and customization of security procedures, including

- A Secure Sockets Layer server
- Video monitoring
- Limited physical access to production facilities
- Lockdown mode when checks are printed
- Background checks of key employees completed prior to hire
- Police response time—two minutes
- Frequency of police patrol—under five minutes
- Disaster recovery plan available upon request

## DATA SECURITY

A.B. Data is committed to protecting the confidentiality, integrity, and availability of information we collect from our clients, investors, and class members. We transmit, save, and process an immense quantity of electronic information on a daily basis. A.B. Data's Information Security Policy contains procedures intended to address all information security issues for A.B. Data's divisions, departments, employees, vendors, and clients.

A.B. Data has a number of high-profile clients, including the Securities and Exchange Commission (SEC), the United States Government, and the Government of Israel, direct-banking and payment-service companies for popular brands, and some of the largest credit card issuers in the world.

A.B. Data is frequently subject to physical, logical, data, and information system security reviews and audits. We are compliant with our clients' security standards as well as with ISO/IEC 27001/2 and Payment Card Industry (PCI) data-security standards, the Gramm-Leach-Bliley Act of 1999, the National Association of Insurance Commissioners' regulations, the Health Insurance Portability and Accountability Act (HIPAA) of 1996, and the Health Information Technology for Economic and Clinical Health Act (HITECH).

The Government of Israel recently determined A.B. Data is compliant with its rigorous security standards in connection with its work on Project HEART (Holocaust Era Asset Restitution Taskforce).

A.B. Data's fund distribution team has been audited by EisnerAmper LLP and was found compliant with the class action industry standards and within 99% accuracy. EisnerAmper LLP is a full-service advisory and accounting firm and is ranked the 15th largest accounting firm in the United States.

In addition, as part of PCI compliance requirements, A.B. Data has multiple network scans and audits from third-party companies, such as SecurityMetrics and 403 Labs, and is determined to be compliant with each of them.

## FRAUD PREVENTION AND DETECTION

A.B. Data is at the forefront of class action fraud prevention. Anya Verkhovskaya, the Senior Executive Vice President and Chief Operating Officer, was recently chosen by Francis McGovern, the eminent legal practitioner and scholar at Duke University School of Law, to spearhead an industry-wide task force on fraud prevention and detection.

A.B. Data maintains and utilizes comprehensive proprietary databases and procedures to detect fraud and prevent payment of allegedly fraudulent claims. We are in constant communication and collaboration with federal, state, and local law enforcement agencies in an effort to identify and prevent fraudulent claims from being paid.

On a daily basis our fraud prevention research team collects and reviews media clippings regarding any ongoing or new investigations of potentially fraudulent filers. We also review and analyze various filing patterns across all existing cases and claims. A.B. Data's fraud prevention research team reviews the patterns on a quarterly basis. Potential fraudulent filers are reported to our clients as well as the appropriate governmental agencies.

## ACCOUNTABILITY AND REPORTING

A.B. Data has the expertise necessary to provide project-management services to ensure that all work is completed timely, accurately, and precisely to our clients' specifications. Upon request, we provide affidavits detailing the methodologies employed in notice administration, claims processing, and fund administration, as well as expert testimony and audit trail reporting.

A.B. Data tracks and audits every aspect of daily production with
- Receipt of files (noting any issues with transmission)
- Status reports regarding claims or check status
- Audited and confirmed record counts
- Confirmation of mailings
- Inventory counts
- Daily production counts reported on a weekly basis.

Once funds are fully distributed, we provide a detailed accounting of fund sources and usage with a listing of individual disbursements. We maintain records of all disbursements to answer class member inquiries, investigate and resolve undelivered material, monitor outstanding and cleared checks, and maintain mailing and financial databases for an agreed-upon period.

## COMMUNITY AND DIVERSITY

A.B. Data maintains employment policies that highlight and support diversity within the company, and utilizes employment programs that benefit minorities in the community. At the company's mail processing center located in a HUBZone (Historically Underutilized Business Zone), more than half of the employees are minorities. A.B. Data continues to partner with community organizations to increase minority employment opportunities and benefits.

By participating in employment service programs, such as the Transitional Jobs Demonstration Project, A.B. Data helps to create jobs and build partnerships that improve people's lives with valued job opportunities. Operated by Policy Studies, Inc. (PSI), this important project helps to connect Milwaukee-area employers with qualified job seekers.

As part of the 30th Street Industrial Corridor, a nonprofit organization that advocates on behalf of the corridor-area community, A.B. Data works diligently to restore the economic vitality of the area, providing industry, jobs, and safety to its members, residents, and visitors.

In addition, A.B. Data's mail processing center is located in Milwaukee's Renewal Community, a targeted area that was designated for renewal from 2002 to 2009. A.B. Data partnered with other businesses to guide and promote development that created jobs, generated wealth, and strengthened the urban environment.

A.B. Data maintains its assistance to workers in need of additional services through State of Wisconsin employment programs, such as Welfare-to-Work (WtW), so that eligible employees receive FoodShare and medical benefits, as well as daycare services. Through participation in these and other available employment programs, A.B. Data continues in its commitment to enhancing people's lives by providing quality employment opportunities.

## ENVIRONMENTALLY-FRIENDLY BUSINESS

A.B. Data conserves its resources and operates as a green business. Paper claim forms are imaged and stored on A.B. Data's secure SQL server and all claims processing is done electronically. We emphasize the need for recycling and encourage the use of recycled products. Our policies compel employees to turn off their computers when not in use, and email communications are encouraged to the extent possible.

A.B. Data's new headquarters in Milwaukee was designed with the environment in mind. Upon purchasing the 16-acre campus in September 2007, A.B. Data renovated the 30-year-old building, utilizing natural elements such as cork, bamboo, and concrete, and upgraded its mechanical and electrical systems to optimize efficiency. For its efforts, A.B. Data took second place in *The Business Journal* of Milwaukee's Real Estate Awards for the Best Environmentally Friendly Project.

# A.B. DATA'S LEADERSHIP

A.B. Data's administration team is composed of the following key executives, who collectively have decades of experience litigating, settling, and administering class actions:

**Bruce A. Arbit, Co-managing Director,** one of the founders of the A.B. Data Group, serves as Chairman of the Board. Additionally, Mr. Arbit is the Chairman of the United Israel Appeal and has served as President and General Campaign Chair of the Milwaukee Jewish Federation. Mr. Arbit currently serves as the Treasurer of the Jewish Telegraphic Agency and on the Boards of the Milwaukee Jewish Community Foundation and the American Joint Jewish Distribution Committee. Mr. Arbit has been a member of the Jewish Agency for Israel Board of Governors since June 2002, is a member of the Jewish Agency Executives, and chairs the Committee on Israel Government Relations. Mr. Arbit served as a Director of a Community Bank for over 25 years.

**Thomas R. Glenn, President.** Mr. Glenn's top-level management of the Class Action Administration Company includes designing and implementing notice plans and settlement administration programs for antitrust, securities, Securities and Exchange Commission settlements and disgorgement fund distributions, as well as consumer, employment, insurance, and civil rights actions. Mr. Glenn previously served for more than 10 years as Executive Vice President for Rust Consulting.

**Anya Verkhovskaya, Partner and Chief Operating Officer,** winner of the 2011 Best Executive Stevie Award for Women in Business, has over 13 years of experience administering class actions. Ms. Verkhovskaya has overseen the administration of hundreds of class action cases, including mortgage-related matters, securities, human rights, product liability, ERISA, employment, discrimination, antitrust, and consumer, as well as fund distributions in Securities and Exchange Commission enforcement actions. Ms. Verkhovskaya oversees all aspects of administration to ensure the delivery of an impeccable product and exemplary service. Ms. Verkhovskaya leads a team of legal, accounting, finance, information systems, information technology, claims administration, and facilities and operations professionals. Additionally, Ms. Verkhovskaya was appointed by the Government of Israel the Administrative Director of the Holocaust Era Asset Restitution Taskforce.

**Linda Young, Vice President of Media,** oversees the Media Department and is responsible for the direction, development and implementation of media notice plans for A.B. Data's class action clients. Prior to joining A.B. Data, Ms. Young served as the Principal of Mile Marker Zero, LLC, a full-service marketing and advertising consulting firm. She has over 20 years of marketing, advertising, and media planning experience, managing advertising for brands such as Georgia-Pacific, American Express, Denny's and Coca-Cola. In addition, Ms. Young has developed and implemented national and international print and earned media notice programs in some of the industry's leading pharmaceutical, insurance, and securities class action cases, including Premarin, Unity Life Insurance Co., and Morgan Stanley.

**Eric Miller, Vice President of Client Services,** oversees the Case Management Department and supervises the operations and procedures of all of A.B. Data's class action administration cases. Prior to joining A.B. Data, Mr. Miller served as the Client Service Director for Rust Consulting, responsible there for its securities practice area. He has over 12 years of operations, project management, quality assurance, and training experience in the class action administration industry. Mr. Miller manages A.B. Data's office in Palm Beach Gardens, Florida.

**Paul Sauberer, Director of Quality Assurance,** is responsible for overseeing quality assurance and process management, working diligently to mitigate risk, ensure exceptional quality control, and develop seamless calculation programming. Mr. Sauberer brings over 14 years of experience as a quality assurance specialist with a leading claims processing company where he developed extensive knowledge in securities class action administration.

**Al Wichtoski, CPA, Vice President and Chief Financial Officer,** began as a Controller with A.B. Data over 20 years ago. Mr. Wichtoski rose to a number of corporate administrative and financial management positions before realizing his current role with the company. Mr. Wichtoski attained his financial

---

**A. B. DATA, LTD**
abdataclassaction.com
New York  |  Washington, D.C.  |  Palm Beach Gardens  |  Milwaukee

management expertise through a broad range of roles, including bank liaison, Internal Revenue Service conduit, and final compliance officer for all financial accounts associated with A.B. Data. Mr. Wichtoski responsibilities include risk management, budgeting, tax-filing, statement preparation, and financial analysis.

**Kathy Versteegh, Vice President of Client Services and Marketing,** has been with A.B. Data since 1993. Ms. Versteegh is currently responsible for Business Critical Communications, client service operations, and marketing, in addition to serving as a Security Team and Corporate Management Team member. Ms. Versteegh has earned U.S. Postal Service and Postal Customer Council (PCC) professional certificates in Management and Leadership, Intelligent Mail, Enhancing Mail Value, Mail Center Operations, and PCC Leadership. In May 2010, Ms. Versteegh was elected the United States Postal Customer Council Co-Chair. Currently, Ms. Versteegh is serving her second term as Co-Chair. With over 20 years of marketing services experience, Ms. Versteegh offers an outstanding track record in business/organizational development, client satisfaction, and marketing strategies that include print, internet, mail, trade show, and other sales and marketing communications.

**Lizabeth Ludowissi, MQCCS, Vice-President of Production** is responsible for overseeing the production of all A. B. Data Group mailings and special projects. Ms. Ludowissi has experience in virtually every role in the company, which provides her invaluable insight into the needs of our clients. During her tenure, Ms. Ludowissi has worked to streamline our Production Department, implementing strict quality controls and overseeing all scheduling and coordination, including print purchasing as well as data processing, personalization and mailshop services. As a Mailpiece Quality Control Certified Specialist (MQCCS), Ms. Ludowissi acts as Postal Liaison on all United States Postal Service (USPS) related matters. Ms. Ludowissi is a member of the Wisconsin Direct Marketing Association and the Milwaukee Postal Customer Council.

**Christina Peters-Stasiewicz, Senior Project Manager,** has nearly 10 years of extensive experience in class action administration, administering high-volume securities litigations as well as consumer, wage and hour, antitrust, ERISA, product liability and insurance-related matters. Ms. Peters-Stasiewicz facilitates and oversees the notice process, summary notice publication, website design and maintenance, call center management, claims processing, settlement fund allocation and disbursement, and client reporting and affidavits effectively and cost-efficiently. Ms. Peters-Stasiewicz has managed many cases with over 500,000 class members and brings the highest level of commitment and quality to each of her client engagements.

**Adam Walter, Senior Project Manager,** has over six years experience managing a range of securities class action settlements and SEC disgorgement funds totaling more than $2 billon. This includes overseeing notice dissemination programs, implementing complex claims processing and allocation methodologies, establishing quality assurance and control procedures, and managing the distribution of settlement funds. Mr. Walter frequently consults with clients in planning, reporting, and management of each unique case to ensure all requirements and objectives are met. Mr. Walter's background as Project Manager for a leading claims administrator brings expertise on the development of case administration strategies and service methodologies to A.B. Data's Class Action Administration Company.

**Linda Smith, CPA, Quality Assurance Analyst,** has over a decade of experience as a broker-dealer auditor, trainer, manager, and is a Certified Anti-Money Laundering Specialist. Ms. Smith is responsible for managing and performing financial analysis, reviewing plans of allocation, working with independent distribution consultants, and performing account reconciliations for fund distributions. Prior to joining A.B. Data, Ms. Smith conducted audits for Northwestern Mutual, where Ms. Smith was a subject-matter expert for anti-money laundering and broker-dealer audits. Ms. Smith was also in charge of performing financial and compliance audits for broker-dealers and futures-commission merchants at the Chicago Board of Trade.

**Kevin Ziegler, Information Systems Manager,** brings over 12 years of website, custom software development, network design and implementation, and business consulting skills to A.B. Data's Class Action Administration Division. Mr. Ziegler is responsible for overseeing all aspects of A.B. Data's technical processes and determining how they can best be leveraged throughout the administration and fund distribution process. In addition, Mr. Ziegler analyzes business lines and internal processes to ensure efficiencies across A.B. Data.

---

**A. B. DATA, LTD**
abdataclassaction.com
New York  |  Washington, D.C.  |  Palm Beach Gardens  |  Milwaukee

**Eric Schultz, MCSE, Information Technology Manager and Security Team Chairperson,** has been with A.B. Data for more than 10 years, and is currently responsible for overseeing all information technology areas for all A.B. Data divisions across the United States and abroad. As a Microsoft Certified Systems Engineer (MCSE) with over 20 years of experience in information technology systems and solutions, Mr. Schultz has developed specializations in network security, infrastructure, design/architecture, telephony and high availability network systems.

**Dan Rieck, Esq., Project Manager,** has seven years of experience as a criminal defense lawyer, personally litigating a number of jury trials and independently managing all legal research associated with cases. Attorney Rieck also served as Judge Advocate General's Corps in the United States Army Reserve, and was deployed to Iraq as the Chief of Legal Services and the Officer in Charge of Foreign Claims. Attorney Rieck's strong experience in criminal law, claims management, and research serve to bring clients clear, concise class action administration services.

**Meghan Nemiroff, Esq., Project Manager,** is responsible for managing client engagements while ensuring the highest level of customer satisfaction and providing ongoing counsel to assist clients with meeting all their class action administration goals. Attorney Nemiroff brings leadership, value, and experience to all projects attorney Nemiroff oversees, enabling A.B. Data to facilitate seamless administrations from notice to disbursement.

**Nicholas Hoffman, Esq., Project Manager,** provides the legal insight needed to ensure efficiency and accuracy in all areas of class action administration, including research, review, data gathering and assessment, plan preparation, and settlement. Attorney Hoffman, a former Director of Public Affairs and General Counsel for a large financial services software company, built his legal career on his class action experience, in both law and business.

**Rebekah Thigpen, Esq., Project Coordinator,** provides legal and administrative support for clients and key personnel, coordinating day-to-day case administration. Attorney Thigpen began with A.B. Data as a Team Leader, where attorney Thigpen managed the claims administration of dozens of settlements, supervised claims processing and ensured compliance with court ordered guidelines. As Case Coordinator, attorney Thigpen is responsible for drafting legal documents, creating and managing case websites, and handling client/claimant communications. In addition, attorney Thigpen provides quality control of case distributions. Attorney Thigpen holds a Juris Doctorate from Marquette University Law School.

**Anike Tansey, Business Development Director,** provides expertise in legal marketing strategies and brings extensive experience in client relations to A.B. Data's business development team. Previously, Ms. Tansey served the legal industry as part of the marketing group at a major class action law firm specializing in securities and antitrust litigation. Ms. Tansey's knowledge and understanding of the class action industry, as well as her client relationship skills, expand A.B. Data's capacity to effectively achieve its business development and marketing goals.

## NOTABLE ENGAGEMENTS

### Holocaust Era Asset Restitution Taskforce (Project HEART)

An initiative of the Government of Israel and the Jewish Agency for Israel (JAFI), Project HEART—Holocaust Era Asset Restitution Taskforce—aims to provide the tools, strategy, and information to bring about a small measure of justice to eligible heirs of Jewish victims, the victims themselves, and the Jewish people.

During the initial phase, Project HEART is focusing on identifying individuals in 137 countries with potential claims regarding the following types of private property for which no restitution was received after the Holocaust era: (1) private property that was located in countries that were controlled by the Nazi forces or Axis powers at any time during the Holocaust era; (2) private property that belonged to Jewish persons as defined by Nazi/Axis racial laws; and (3) private property that was confiscated, looted, or forcibly sold by the Nazi forces or Axis powers during the Holocaust era.

## Obama for America 2008 and 2012

Retained by Obama for America in 2007, A.B. Data was responsible for designing, analyzing, and directing the grassroots fundraising efforts for the presidential campaign of 2008. From February 2007 to Election Day, A.B. Data's direct marketing efforts helped to elect President Barack Obama, raising almost $108 million in the mail from over 700,000 donors. As a result, A.B. Data has been reappointed to lead President Obama's 2012 direct marketing campaign in an attempt to gain re-election. As the sole administrator of the direct marketing campaign for Obama for America 2012, A.B. Data designs, prints, and mails each direct marketing piece to raise money and awareness about President Obama's candidacy and efforts for re-election in 2012.

## Doctors Without Borders

In 2009, A.B. Data was chosen to manage all facets of the direct mail program for Doctors Without Borders/Médecins Sans Frontières (MSF). MSF is one of the most respected organizations in the world, having won the 1999 Nobel Peace Prize for their emergency medical humanitarian response to people around the world caught in armed conflict; suffering from epidemics, malnutrition, and natural disasters without access to health care. They are known for their fierce independence and their refusal to look the other way when a crisis is caused by the failure of a government, either through passive or aggressive actions. MSF raises $84 million a year through the direct marketing program, and they mail 17 million prospect pieces annually. MSF's house file consists of 465,000 12-month donors and about 800,000 lapsed donors—and they have 38,000 monthly donors. MSF's total house file volume is 11 million a year.

## Holocaust Victim Assets Litigation (Swiss Banks)—$1.25 billion settlement

As a court-appointed notice administrator, A.B. Data played a key role in a worldwide Phase I notice that resulted in the processing of more than 500,000 initial questionnaires. In Phase III, A.B. Data delivered notice to over 10,000 Jewish communities in 109 countries, and administered international help and call centers in Phases I and III that personally assisted more than 100,000 potential claimants.

A.B. Data created a class-appropriate notice targeting Romanies (Gypsies) in 48 countries and directed hundreds of staff to communicate orally and directly with Romani communities and individuals. A.B. Data notified more than two million people and, as designated by the International Organization for Migration (IOM), directly assisted more than 22,000 Romanies in 17 countries of central and eastern Europe with claim completion.

## German Forced Labour Compensation Programme (GFLCP)

As designated by the IOM, A.B. Data located more than 43,000 Romani survivors in 17 countries of central and eastern Europe who were potentially eligible for humanitarian aid. A.B. Data created a comprehensive database for the GFLCP and the Holocaust Victim Assets Litigation and directly assisted more than 11,000 Romanies in eight central and eastern European countries with claim completion.


DATA

**A.B. Data, Ltd. - Representative Case List**

| Case | Case Type | Settlement Size | Numbers of Notices and Claims (if applicable) |
|------|-----------|-----------------|-----------------------------------------------|
| *Wyatt v. El Paso Corporation* | Securities | $285,000,000 | 975,000+ notices<br>185,000+ claims |
| *In re Lernout & Hauspie Securities Litigation* | Securities | $120,500,000 | 220,000+ notices<br>25,000+ claims |
| *Perez v. Rent-A-Center, Inc.* | Consumer | $109,000,000 | 127,000+ notices |
| *In re Reliant Securities Litigation* | Securities | $75,000,000 | 74,000+ notices<br>13,000+ claims |
| *In re Symbol Technologies, Inc. Securities Litigation* | Securities | $61,000,000 | 116,000+ notices<br>25,000+ claims |
| *In re Ready-Mixed Concrete Antitrust Litigation* | Antitrust | $59,000,000 | 36,000+ notices<br>16,000+ claims |
| *In re National City Corporation ERISA Litigation* | ERISA | $43,000,000 | 57,000+ notices |
| *In re General Electric Co. Securities Litigation* | Securities | $40,000,000 | 2.7+ million notices<br>235,000+ claims |
| *In re SLM Corporation Securities Litigation* | Securities | $35,000,000 | 154,000+ notices<br>40,000+ claims |
| *In re Marsh ERISA Litigation* | ERISA | $35,000,000 | 30,000+ notices |
| *Carlson v. State of Alaska, Commercial Fisheries Entry Commission* | Consumer | $33,500,000 | 11,500+ notices<br>3,800+ claims |
| *In re: Marine Hose Antitrust Litigation* | Antitrust | $21,700,000 | 170 notices<br>39 claims |
| *In re Fremont General Corporation Litigation* | ERISA | $21,000,000 | 5,000+ notices |
| *Desai v. ADT* | Consumer | $15,000,000 | 1.2+ million notices<br>136,000+ claims |

# A.B. DATA, LTD.:  REPRESENTATIVE CASE LIST

*Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc.*

*Acevedo v. Lawyers Title Insurance Corporation*

*In re ACS Shareholders Litigation*

*In re Adolor Corporation Shareholders Litigation*

*Desai v. ADT Security Services, Inc.*

*In re Affiliated Computer Services ERISA Litigation*

*In re AIG ERISA Litigation*

*In re AirGate PCS, Inc. Securities Litigation*

*Akins v. Worley Catastrophe Response, LLC*

*Alakayak v. All Alaskan Seafoods, Inc.*

*Allen v. HealthPort Technologies, LLC*

*Alper v. Warnock Ford, Inc.*

*Altier v. Worley Catastrophe Response, LLC*

*In re American Italian Pasta Company Securities Litigation (AIPC Settlement)*

*In re American Italian Pasta Company Securities Litigation (Ernst Settlement)*

*In re Andrx Corporation, Inc.*

*Arias v. Award Homes, Inc.*

*Arteaga v. MODA Furniture, Inc.*

*In re Assicurazioni Generali S.p.A. Holocaust Insurance Litigation*

*In re Atlas Energy, Inc. Shareholders Litigation*

*Austrian Banks Holocaust Litigation*

*Baptista v. Mutual of Omaha Insurance Company*

*Bauman v. Superior Financial Corp.*

*In re Bear Stearns Companies, Inc. ERISA Litigation*

*In re Beazer Homes USA, Inc. ERISA Litigation*

*In re Beckman Coulter, Inc. Securities Litigation*

*In re BigBand Networks, Inc. Securities Litigation*

*In re BISYS Securities Litigation*

*Black v. Metso Paper USA, Inc.*

*Blanco v. KeyBank USA, N.A.*

*Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services Inc.*

*Bosland v. Warnock Dodge, Inc.*

*In re BP Prudhoe Bay Royalty Trust Securities Litigation*

*Bragg v. Bill Heard Chevrolet, Inc.-Plant City*

*Brattain v. Richmond State Hospital*

*Brey Corp. v. Life Time Improvements, Inc.*

*Brieger v. Tellabs, Inc.*

*Broad St. Partners Fund v. Dods*

*Brown v. Hayt, Hayt & Landau, LLC*

*Brumfield v. Countrywide Home Loans, Inc.*

*Burns v. First American Bank*

*In re Calpine Corporation ERISA Litigation*

*Canning v. Concord EFS, Inc.*

*Capovilla v. Lone Star Technologies, Inc.*

*In re Cardinal Health, Inc. ERISA Litigation*

*Carlson v. C.H. Robinson Worldwide, Inc.*

*Carlson v. State of Alaska, Commercial Fisheries Entry Commission*

*In re Cbeyond, Inc. Securities Litigation*

*Cement Masons & Plasterers Joint Pension Trust v. TNS, Inc.*

*Cerda v. Associates First Capital Corporation*

*Chao v. Slutsky*

*Clayton v. Velociti, Inc.*

*Clearview Imaging, L.L.C. v. Dairyland Insurance Company*

*Clearview Imaging, L.L.C. v. Mercury Insurance Company of Florida*

*Clearview Imaging, L.L.C. v. Nationwide Mutual Insurance Company*

*Clearview Imaging, L.L.C. v. Progressive Consumers Insurance Company*

*Clemons v. Thompson*

*In re CNX Gas Corporation Shareholders Litigation*

*Cohen v. JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

*Coleman v. Lincoln Wood Products, Inc.*

*Collins v. American Consumer Shows, Inc.*

*Commonwealth of Massachusetts v. H&R Block, Inc.*

*In re Connetics Securities Litigation*

*In re: The Consumers Trust*

*Coppess v. Healthways, Inc.*

*Corsello v. Verizon New York, Inc.*

*Cotton v. Ferman Management Services Corporation*

*Cottrell v. Gardner*

*In re CP Ships Ltd. Securities Litigation*

*Croxall v. Tampa Hund L.P.*

*Cruz v. Condor Capital Corporation*

*Curtis v. Northern Life Insurance Company*

*In re: DDAVP Indirect Purchaser Antitrust Litigation*

*DeCario v. Lerner New York, Inc.*



**A. B. DATA, LTD**
abdataclassaction.com
New York  |  Washington, D.C.  |  Palm Beach Gardens  |  Milwaukee

In re Del Monte Foods Company Shareholder Litigation

In re Delphi Financial Group Shareholders Litigation

Deprospo v. The Provident Bank

Di Popolo v. Ramsey Nissan, Inc.

In re Diebold ERISA Litigation

Dishkin v. Tire Kingdom, Inc.

Drury v. Countrywide Home Loans, Inc.

In re Dura Pharmaceuticals, Inc. Securities Litigation

Eisenberger v. Boston Service Company, Inc.

In re Electronic Data Systems Corp. ERISA Litigation

In re Emergent Group, Inc. Shareholder Litigation

In re: Enterprise Rent-A-Car Wage & Hour Employment Practices Litigation

Epstein v. Sears, Roebuck and Co.

Estates of Hampton v. Beverly Enterprises-Arkansas, Inc.

Estep v. Smythe Volvo, Inc.

Evans v. Stewart Title Guaranty Company

Family Open MRI, Incorporated v. Direct General Insurance Company

In re Fannie Mae ERISA Litigation

Fernando v. Neopost USA, Inc.

Fernando v. Priority Mailing Systems

Ferro v. Florida Windstorm Underwriting Association

In re FLAG Telecom Holdings, Ltd. Securities Litigation

Flood v. Dominguez

Kellman v. Forever 21 Retail, Inc.

Francis v. A&E Stores, Inc.

Franco v. Ace Parking Management Inc.

Fray-Witzer v. Metropolitan Antiques, LLC

Fray-Witzer v. Olde Stone Land Survey Company, Inc.

In re Fremont General Corporation Litigation

Friedman v. Rayovac Corporation

Froumy v. Stark & Stark

FW Transportation, Inc. v. Associates Commercial Corporation

In re General Electric Company Securities Litigation

German Forced Labor Compensation Program (GFLCP)

In re Gilead Sciences Securities Litigation

Gilley v. Ernie Haire Ford, Inc.

In re Goodrich Shareholders Litigation

Graham v. Town & Country Disposal of Western Missouri, Inc.

Greenstein v. Nations Title Agency of Florida, Inc.

Griffin v. Flagstar Bancorp, Inc.

Groen v. PolyMedica Corporation

Gulf Coast Injury Center, LLC v. Nationwide Mutual Fire Insurance Company

Hall v. The Children's Place Retail Stores, Inc.

Hamilton v. ATX Services Inc.

Hargrave v. TXU Corp.

Harris v. First Regional Bancorp

Harris v. Koenig

In re Hartford Financial Services Group Inc. ERISA Litigation

Haynes v. Baptist Health

In re: Hearst-Argyle Shareholder Litigation

Hellmers v. Countrywide Home Loans, Inc.

Hess v. Oriole Homes Corp.

Hill v. American Medical Security Life Insurance Company

Hill v. Countrywide Home Loans, Inc.

Holley v. Kitty Hawk, Inc.

In re Holocaust Victim Assets Litigation (Swiss Banks) (HVAP)

Hudson United Bank v. Chase

Hughley v. Maryland Casualty Company

Hunt v. PacifiCare Life and Health Insurance Company

Hutt v. Martha Stewart Living Omnimedia, Inc.

Hutson v. Baptist Health

In re ICG Communications, Inc. Securities Litigation

In re: InfoSonics Securities Litigation

In re ING Groep, N.V. ERISA Litigation

In re International Business Machines Corp. Securities Litigation

International Commission on Holocaust Era Insurance Claims (ICHEIC)

In re Iowa Ready-Mixed Concrete Antitrust Litigation

In re J. Crew Group, Inc. Shareholders Litigation

In re JDS Uniphase Corporation ERISA Litigation

Kalow & Springut, LLP v. Commence Corporation

Kay v. Wells Fargo & Company

In re: King Pharmaceuticals, Inc. Securities Litigation

Kreher v. City of Atlanta, Georgia

Kubota v. Walker

The Lafayette Life Insurance Company v. City of Menasha

In re LDK Solar Securities Litigation

In re Lear Corp. ERISA Litigation

Lehmann v. Ivivi Technologies, Inc.

In re Lehman Brothers Equity/Debt Securities Litigation

In re Lernout & Hauspie Securities Litigation (Directors and FLV Settlements)

In re Lernout & Hauspie Securities Litigation (KPMG Settlement)



A. B. DATA, LTD
abdataclassaction.com
New York  |  Washington, D.C.  |  Palm Beach Gardens  |  Milwaukee

Leslie Niederklein v. PCS Edventures!.com, Inc.

Lilly v. Oneida Ltd. Employee Benefits Admin. Comm.

In re Limelight Networks, Inc. Securities Litigation

Long v. Eschelon Telecom, Inc.

The Louisiana Municipal Police Employees Retirement System v. Deloitte & Touche LLP

Mann & Company, PC v. C-Tech Industries, Inc.

Mann v. Lawyers Title Insurance Corporation

Mantzouris v. Scarritt Motor Group, Inc.

In re Marine Hose Antitrust Litigation (Bridgestone Settlement)

In re Marine Hose Antitrust Litigation (Dunlop Settlement)

In re Marine Hose Antitrust Litigation (Parker Settlement)

In re Marine Hose Antitrust Litigation (Trelleborg Settlement)

In re Marine Hose Antitrust Litigation (Yokohama Settlement)

In re Marsh ERISA Litigation

In re Martek Biosciences Corp. Securities Litigation

Martin v. aaiPharma, Inc.

Martin v. Dun & Bradstreet, Inc.

Martin v. Foster Wheeler Energy Corporation

Mayer v. Administrative Committee of the Smurfit-Stone Container Corporation Retirement Plans

Mayes v. The Geo Group, Inc.

Mayotte v. Associated Bank, N.A.

In re MBNA Corp. Securities Litigation

Meadows v. Clearwater Bay Marketing, LLC

Means v. River Valley Financial Bank

In re Merck & Co. Inc. Vytorin ERISA Litigation

Merrimon v. UNUM Life Insurance Company of America

In re Metavante Technologies, Inc. Shareholder Litigation

Mey v. Herbalife International, Inc.

In re Micromuse, Inc. Securities Litigation

Milford & Ford Associates, Inc. v. Cell-Tek, LLC

Miller v. Weltman, Weinberg & Reis Co., L.P.A.

In re: MK Resources Company Shareholders Litigation

Montalvo v. Tripos, Inc.

Moore v. The Hertz Corporation

In re Morgan Asset Management, Inc. (Kelsoe and Weller Settlements)

Morrison v. MoneyGram International, Inc.

Mortgage Settlement Consumer Restitution Program (Foreclosure Restitution Program and Bank of America Victims Program)

In re Motive, Inc. Securities Litigation

Mozenter v. Nalco Holding Company

Mulhern v. MacLeod d/b/a ABC Mortgage Company

In re: National City Corporation Securities, Derivative & ERISA Litigation

The People of the State of New York v. SKS Associates, LLC

Norflet v. John Hancock Life Insurance Company

In re Novamed, Inc. Shareholders Litigation

NSL Capital Management v. Gorman

Nthenge v. Pressler and Pressler, LLP

In re: NX Networks Securities Litigation

Olivo v. Homecomings Financial LLC

Open MRI of Pinellas, Inc. v. Atlanta Casualty Insurance Company

Ori v. Fifth Third Bank and Fiserv, Inc.

In re: Ortiz v. Aurora Health Care, Inc.

Osborn v. EMC Corporation

In re OSI Pharmaceuticals, Inc. Securities Litigation

Otte v. Life Insurance Company of North America

Overby v. Tyco International Ltd.

Ownby v. Citrus County, Florida

In re: Pacific Gateway Exchange, Inc. Securities Litigation

Paliotto v. Johnny Rockets Group, Inc.

In re Par Pharmaceutical Companies, Inc. Shareholders Litigation

In re Par Pharmaceutical Securities Litigation

Parker v. American Medical Security Group, Inc.

Parthiban v. GMAC Mortgage Corporation

Paskowitz v. Ernst & Young, LLP (Motive, Inc.)

Patel v. Baluchi's Indian Restaurant

Payson v. Capital One Home Loans, LLC (FLSA Settlement)

Payson v. Capital One Home Loans, LLC (KWPA Settlement)

Pension Trust Fund for Operating Engineers v. Assisted Living Concepts, Inc.

Pereira v. Foot Locker, Inc.

Perez v. Rent-A-Center, Inc.

Pettway v. Harmon Law Offices, P.C.

In re: PFF Bancorp, Inc. ERISA Litigation

Pickett v. Triad Financial Corporation

In Re: Platinum And Palladium Commodities Litigation

Police and Fire Retirement System of the City of Detroit, Plymouth County Retirement System v. SafeNet, Inc.

Pollitt v. DRS Towing, LLC

In re Potash Antitrust Litigation (II)

Premier Open MRI, LLC v. Progressive American Ins. Co.



Project HEART—Holocaust Era Asset Restitution Taskforce

Provo v. China Organic Agriculture, Inc.

Puritan Budget Plan, Inc. v. Amstar Insurance Company

Quaak v. Dexia, S.A.

Ragsdale v. SanSai USA, Inc.

Ramirez v. GreenPoint Mortgage Funding, Inc.

Raul v. Western Liberty Bancorp

In re RBC Dain Rauscher Overtime Litigation

In re RCN Corporation ERISA Litigation

In re Ready-Mixed Concrete Antitrust Litigation

In re Reliant Securities Litigation

In re RenaissanceRe Holdings Ltd. Securities Litigation

In re R.H. Donnelley Corp. ERISA Litigation

Rolark v. Lawyers Title Insurance Corporation

Rubin v. MF Global, Ltd.

Rupp v. Thompson

S. Parker Hardware Mfg. Corp. v. AT&T Corp.

Saint Pete MRI v. Hartford

Saint Pete MRI v. Auto Club South Insurance Company

Sam v. White

Santos v. Silver

Scher v. Oxford Health Plans, Inc.

In re Schering-Plough Corp. Enhance ERISA Litigation

In re Schering-Plough Corp. ERISA Litigation

Schmitz v. Liberty Mutual Insurance Company

In re Scottish Re Group Securities Litigation

In re Sears, Roebuck & Co. ERISA Litigation

SEC v. Anderson

SEC v. Gen-See Capital Corporation and Richard S. Piccoli

SEC v. RenaissanceRe Holdings Ltd.

In re SEC v. Rockford Funding Group

In re SEC v. Take-Two Interactive Software, Inc.

SEC v. Tecumseh Holdings Corporation

SEC v. The BISYS Group, Inc.

SEC v. Value Line, Inc.

SEC v. WexTrust Capital, LLC

SEC v. Zomax, Inc.

Serino v. Kenneth Lipper v. PricewaterhouseCoopers, LLP

In re Sexy Hair Concepts, LLC

In re SFBC International Securities & Derivative Litigation

Shane v. Edge

Sheikh v. Maxon Hyundai, Inc.

Silke v. Irwin Mortgage Corporation

Sivsubramanian v. DNC Health Corp.

In re SLM Corporation Securities Litigation

Smith v. Mill-Tel, Inc.

Smolkin v. Leviton Manufacturing Co., Inc.

Soden v. East Brunswick Buick-Pontiac-GMC, Inc.

Sokoloski v. Stewart Title Guaranty Company Settlement

Sonoda v. Amerisave

Southeast Texas National Associates, LLP v. VeriSign, Inc.

Special Situations Fund III, L.P. v. Quovadx, Inc.

Steele v. GE Money Bank

Stein v. Pactiv Corporation

In re: Sterling Financial Corporation Securities Class Action

Stoffels v. SBC Communications, Inc.

In re Stone & Webster, Inc. Securities Litigation

In re: Supervalu, Inc. Securities Litigation

In re Suprema Specialties, Inc. Securities Litigation

Sutterfield v. Carney

In re Symbol Technologies, Inc. Securities Litigation

In re Take-Two Interactive Securities Litigation and SEC v. Brant

Taylor v. McKelvey (Monster Worldwide, Inc.)

Taztia XT Securities Litigation

In re TD Banknorth Shareholders Litigation

In re Ticketmaster Entertainment Shareholder Litigation

In re: Tyson Foods, Inc. Securities Litigation

In the Matter of UBS Financial Services Inc. of Puerto Rico

Ultra Open MRI Corporation v. Hartford Casualty Insurance Company

Ultra Open MRI Corporation v. Nationwide Assurance Company

United Consumer Financial Services Company v. William Carbo v. A&M Merchandising, Inc.

Valley National Bank v. Cahn

Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc.

In re Vaso Active Pharmaceuticals Derivatives Litigation

In re Vaso Active Pharmaceuticals Securities Litigation

Veal v. Crown Auto Dealerships, Inc.

In re Viisage Technology, Inc. Securities Litigation

In re VisionAmerica, Inc. Securities Litigation

Von Friewalde v. Boeing Aerospace Operations, Inc.

In re Vonage Initial Public Offering (IPO) Securities Litigation

Walker v. Hill Wallack LLP

Walter v. Level 3 Communications, Inc.

 A. B. DATA, LTD
abdataclassaction.com
New York | Washington, D.C. | Palm Beach Gardens | Milwaukee

*In re Warner Chilcott Limited Securities Litigation*

*Warren v. Orkin Exterminating Company, Inc.*

*Wells v. DTD Enterprises, Inc.*

*Brown v. Wells Fargo & Company*

*Wenger v. Cardo Windows, Inc.*

*Wenger v. Freehold Subaru, LLC*

*White v. E-Loan, Inc.*

*Will v. American Equity Mortgage, Inc.*

*Williams v. CBE Group*

*Wisniak v. Mirant Americas Generation, LLC*

*Wyatt v. El Paso Corporation*

*Herrera v. Wyeth ERISA Litigation*

*Yariv v. AT&T Corp.*

*Yingling v. eBay, Inc.*

*Yost v. First Horizon*

*Young v. Heimbuch*

*In re: YRC Worldwide, Inc. ERISA Litigation*

*Zametkin v. Fidelity Management & Research Company*

*Zelnik v. Citation Homes, Inc.*

*Zilhaver v. UnitedHealth Group Incorporated*

*In re Zomax, Inc. Securities Litigation*

# A.B. DATA, LTD.: REPRESENTATIVE CLIENT LIST

Abbey Spanier, LLP
Abraham, Fruchter & Twersky, LLP
Abrams & Bayliss LLP
Ademi & O'Reilly, LLP
Akin Gump Strauss Hauer & Feld LLP
Aldrich Law Firm, Ltd.
Alston & Bird LLP
Anderson Kill & Olick, P.C.
Anderson & Wanca
Atkinson & Brownell, P.A.
Office of the Attorney General, State of Arizona
Office of the Attorney General, State of Indiana
Office of the Attorney General, Commonwealth of Massachusetts
Office of the Attorney General, State of New York
Bailey & Glasser LLP
Bared & Associates PA
Barnes Law Group
Barnow & Associates, P.C.
Barrack, Rodos & Bacine
S. Barrett & Associates, P.C.
Barrett Johnston, LLC
Law Offices of James V. Bashian, P.C.
The Baskin Law Firm
Bell & Brigham
Berger & Gottlieb Attorneys
Berger & Montague, P.C.
Berke, Berke & Berke
Berman DeValerio
Bernstein Liebhard LLP
Bernstein Litowitz Berger & Grossmann LLP
Betts, Patterson & Mines, P.S.
Biggs & Battaglia
Bock & Hatch, LLC
Bohrer Law Firm, L.L.C.
Bonnett, Fairbourn, Friedman & Balint, P.C.
Bottini & Bottini, Inc.
Brady & Associates
Bressler, Amery & Ross, P.C.
The Briscoe Law Firm, PLLC
Broderick Law, P.C.
Bromberg Law Office, P.C.
Law Office of Brown & Associates
Buchalter, Hoffman & Dorchak Law Firm
Bull & Lifshitz, LLP

Burke Law Offices, LLC
Butler Pappas Weihmuller Katz Craig LLP
Cafferty Clobes Meriwether & Sprengel LLP
Callahan & Martinez, LLC
Carney Bates Pulliam, PLLC
Law Offices of Jeffrey G. Casurella
Catlett Law Firm, PLC
Chaffin & Burnsed, PLLC
Champion Law LLC
Chitwood Harley Harnes LLP
Choate Hall & Stewart LLP
Clark & Martino, P.A.
J. Mitchell Clark Law Offices
Cleary Gottlieb Steen & Hamilton LLP
Cleveland Gamble Gilbreath LLC
Clifford Chance
Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A.
Coblentz Patch Duffy & Bass LLP
Cohen & Malad, LLP
Cohen Milstein Sellers & Toll PLLC
Cohen, Placitella & Roth, PC
Cohn Lifland Pearlman Herrmann & Knopf LLP
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Complex Litigation Group LLC
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
The Consumer Advocacy Center, P.C.
Consumer Lawyers Group
Cooch & Taylor
Cooley LLP
Cravath, Swaine & Moore LLP
Criden & Love, PA
Day Pitney LLP
de La Parte & Gilbert, P.A.
Dechert LLP
Dewey & LeBoeuf LLP
Dickie, McCamey & Chilcote, P.C.
DiTommaso Lubin
Divale Law Group
DLA Piper LLP (US)
Law Office of Loren Domke, P.C.
Donelon, P.C.
Dorsey & Whitney LLP
Duane Morris LLP
Dyer & Berens LLP



| | |
|---|---|
| Edelman, Combs, Latturner & Goodwin, LLC | Izard Nobel LLP |
| Edelson LLC | James, Hoyer, Newcomer & Smiljanich, P.A. |
| Eisenstadt Law Group, PA | Jeeves Law Group |
| Entwistle & Cappucci LLP | Jenner & Block |
| Faruqi & Faruqi, LLP | John Linkosky & Associates |
| Federman & Sherwood | Johnson & Benjamin LLP |
| Feinstein Doyle Payne & Kravec, LLC | Johnson & Weaver LLP |
| Feldman Shepherd Wohlgelernter Tanner Weinstock & Dodig LLP | Jolley Urga Worth Woodbury & Standish |
| Fieschko & Associates, Inc. | Jones Day |
| Figari & Davenport | Law Office of Justian Jusuf APC |
| Finazzo Cossolini O'Leary Meola & Hager, LLC | K&L Gates LLP |
| Fineman Krekstein & Harris P.C. | Kahn Swick & Foti, LLC |
| Finkelstein & Krinsk LLP | Kantrowitz, Goldhamer & Graifman, P.C. |
| Finkelstein Thompson LLP | Katten Muchin Rosenman LLP |
| Flaster/Greenberg | Keller Rohrback L.L.P. |
| Fowler White Boggs, P.A. | Kendall Law Group, LLP |
| Freshfields Bruckhaus Deringer US LLP | Keogh Law, Ltd. |
| Friday, Eldredge & Clark, LLP | Kershaw, Cutter & Ratinoff LLP |
| Fulbright & Jaworski L.L.P. | Kessler Topaz Meltzer & Check, LLP |
| Gainey McKenna & Egleston | Kirby McInerney LLP |
| Law Office of Dalinda B. Garcia | Kirby Noonan Lance & Hoge LLP |
| Gardy & Notis, LLP | Kirkland & Ellis LLP |
| Garwin Gerstein & Fisher, LLP | Klafter Olsen & Lesser LLP |
| Gibson, Dunn & Crutcher LLP | Klein Kavanagh Costello, LLP |
| Gilman Law LLP | Kohn Swift & Graf, P.C. |
| Girard Gibbs LLP | Kobre & Kim LLP |
| Giskan Solotaroff Anderson & Stewart LLP | Kramer Levin Naftalis & Frankel LLP |
| Law Office of Glen H. Chulsky | Kwall, Showers & Barack, P.A. |
| Godfrey & Kahn S.C. | LG Law LLC |
| Grant & Eisenhofer P.A. | Labaton Sucharow LLP |
| Gravely & Pearson, L.L.P. | The Lambert Firm |
| Green & Noblin, P.C. | Lasky & Rifkind, Ltd. |
| Greene & Schultz | Latham & Watkins LLP |
| Grissom Law Office | The Lee Firm |
| Hagens Berman Sobol Shapiro LLP | Levi & Korsinsky, LLP |
| Harwood Feffer LLP | Lidsky & Montes, P.A. |
| Hicks Thomas LLP | Lieff Cabraser Heimann & Bernstein, LLP |
| Hill Wallack LLP | Lite DePalma Greenberg, LLC |
| Hill Ward Henderson | Locke Lord LLP |
| Hinshaw & Culbertson LLP | Locks Law Firm |
| Hoffman Libenson Saunders & Barba (HLSB) | Loevy & Loevy |
| Hogan Lovells LLP | Loren Domke, P.C. |
| Holland & Knight LLP | Lovell Stewart Halebian Jacobson LLP |
| Hollis, Wright, and Couch, P.C. | Lowey Dannenberg Cohen & Hart, P.C. |
| Hughes Brown, PLLC | Lowenstein Sandler LLP |
| Hughes Hubbard & Reed LLP | Ludwig Law Firm PLC |
| Ice Miller LLP | Lueddeke Law Firm |
| Government of Israel | Law Offices of Sahag Majarian II |



A. B. DATA, LTD
abdataclassaction.com
New York  |  Washington, D.C.  |  Palm Beach Gardens  |  Milwaukee

| | |
|---|---|
| Malesovas Law Firm | Reed Smith LLP |
| Margolis Edelstein | Reilly Like & Tenety |
| Law Office of Matthew P. McCue | William Riback LLC |
| Mayer Brown | Richards, Layton & Finger, P.A. |
| McDermott Will & Emery | Rigrodsky & Long, P.A. |
| McDonald Carano Wilson LLP | Robbins Geller Rudman & Dowd LLP |
| Law Office of Christopher J. McGinn | Stephen H. Ring, P.C. |
| McTigue Law LLP | The Roberts Law Firm |
| Mehri & Skalet PLLC | Robbins Arroyo LLP |
| Merlin Law Group, P.A. | Roddy Klein & Ryan |
| Milbank, Tweed, Hadley & McCloy LLP | Rose, Klein & Marias, LLP |
| Milberg LLP | Rosenthal, Monhait & Goddess, P.A. |
| Miller Canfield P.L.C. | Rosman & Germain LLP |
| Miller Law LLC | Craig E. Rothburd, P.A. |
| The Millsaps Law Firm | Paul S. Rothstein & Associates |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Rozwood & Company, APC |
| Mitchell, Blackstock, Ivers & Sneddon, PLLC | Ruckelshaus Kautzman Blackwell Bemis & Hasbrook |
| Morgan, Lewis & Bockius LLP | Ryan & Maniskas, LLP |
| Morris, Nichols, Arsht & Tunnell LLP | SL Chapman LLC |
| Morrison & Foerster LLP | Sacher, Zelman, Hartman, Paul, Beiley & Sacher, P.A. |
| Motley Rice LLC | Sacks & Sacks, P.C. |
| Molleur Law Office | Sandberg Phoenix & von Gontard P.C. |
| Munley Law | Sanford & Heisler, LLP |
| Murray Murphy Moul + Basil LLP | Sarraf Gentile LLP |
| National Consumer Law Center, Inc. | Saxena White P.A. |
| Neal, Gerber & Eisenberg LLP | Law Office of David Schafer, PLLC |
| Law Offices of Bohdan Neswiacheny | Schiller & Pittenger, P.C. |
| New York State Department of Labor | Schrader, Byrd & Companion, PLLC |
| Nolan, Caddell & Reynolds | Schoengold & Sporn, P.C. |
| Law Offices of Stephen J. Nolan, Chartered | Schreiber & Petro, P.C. |
| O'Melveny & Myers LLP | Schwartz, Junell, Greenberg & Oathout, LLP |
| Page Perry LLC | Schwartz Semerdjian Ballard & Cauley LLP |
| Patton Boggs LLP | Shapiro Forman Allen & Sava LLP |
| Paul Hastings LLP | Shapiro Haber & Urmy LLP |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Shavitz Law Group, P.A. |
| Pepper Hamilton LLP | Shipman & Wright, L.L.P. |
| Perkins Coie LLP | Shook, Hardy & Bacon L.L.P. |
| Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C. | Sidley Austin LLP |
| Pomerantz Haudek Grossman & Gross LLP | Sills Cummis & Gross P.C. |
| Potter Minton, P.C. | Simpson Thacher & Bartlett LLP |
| The Powell Law Firm | Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates |
| Preti, Flaherty, Beliveau & Pachios, Chartered, LLP | Sly James Law Firm |
| Prickett, Jones & Elliott, P.A. | Smith MacKinnon Et Al |
| Proctor Heyman LLP | Smyser Kaplan & Veselka, L.L.P. |
| Proskauer Rose LLP | Spector Roseman Kodroff & Willis, P.C. |
| Provost Umphrey Law Firm L.L.P. | Speights & Worrich |
| Quarles & Brady LLP | Spiro Moore LLP |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Sprenger + Lang, PLLC |



Squitieri & Fearon, LLP
Starzyk & Associates, P.C.
Philip D. Stern, Attorney at Law, LLC
Stinson Morrison Hecker LLP
Stone Bonner & Rocco LLP
Stull, Stull & Brody
Sulloway & Hollis, P.L.L.C.
Susman Godfrey L.L.P.
Gary J. Takacs, P.A.
Thierman Law Firm
Trief & Olk
Travis & Calhoun, P.C.
Troutman Sanders LLP
U.S. Securities and Exchange Commission
Vianale & Vianale, LLP
Vinson & Elkins LLP
Wachtell, Lipton, Rosen & Katz
Walfish & Noonan, LLC
Wardell & Quezon, P.A.
Watton Law Group
Law Office of Brian L. Weakland
Weil, Gotshal & Manges LLP
Weinstein Law Firm
The Weiser Law Firm P.C.
WeissLaw LLP
Weltman, Weinberg & Reis Co., LPA
Westrup Klick, LLP
Whatley Drake & Kallas
White & Case LLP
White & MacDonald, LLP
Law Offices of David M. Wise, P.A.
Theresa I. Wigginton, P.A.
Walsh & Roach, LLP
Wilentz, Goldman & Spitzer P.A.
Williams Cuker Berezofsky
Wilmer Cutler Pickering Hale and Dorr LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Wimmer & Stiehl, P.C.
Winstead PC
Wites & Kapetan P.A.
Wolf Haldenstein Adler Freeman & Herz LLP
The Wolf Law Firm LLC
Wolf Popper LLP
Wong Fleming
Wood, Ris & Hames, P.C.
Young Conaway Stargatt & Taylor, LLP
Zimmerman Reed
Zwerling, Schachter & Zwerling, LLP

