UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

| | | |
|---|---|---|
| In re MASSEY ENERGY CO. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 5:10-cv-00689-ICB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) | The Honorable Irene C. Berger |

**MOTION FOR FINAL APPROVAL OF PROPOSED
CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION,
<u>AND FINAL CLASS CERTIFICATION</u>**

The Commonwealth of Massachusetts Pension Reserves Investment Trust ("Lead Plaintiff" or "Massachusetts PRIT") Fund and named plaintiff David Wagner (collectively, "Plaintiffs"), through counsel, hereby move this Court before the Honorable Irene C. Berger, for orders pursuant to Rule 23 of the Federal Rules of Civil Procedure granting final approval of the proposed Settlement, certifying the Settlement Class for settlement purposes only, and approving the Plan of Allocation.

In support of the motion, Plaintiffs submit and are filing herewith: a Memorandum of Law in Support of Motion for Final Approval of Proposed Class Action Settlement, Plan of Allocation, and Final Certification, dated April 30, 2014; and the Joint Declaration of Joel H. Bernstein and Jack Reise in Support of Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation and Co-Lead Counsel's Motion for Award of Attorneys' Fees and Payment of Litigation Expenses, with annexed exhibits.  Proposed orders will be submitted with Lead Plaintiff's reply submission on or before May 28, 2014, after the deadlines for requesting exclusion and objecting have passed.

Dated:  April 30, 2014                          By:  /s/Joel H. Bernstein
                                                Joel H. Bernstein
                                                Christopher J. Keller
                                                Ira A. Schochet
                                                Irina Vasilchenko
                                                **LABATON SUCHAROW LLP**
                                                140 Broadway
                                                New York, NY 10005
                                                (212) 907-0700
                                                (212) 818-0477 (facsimile)

                                                *Counsel for Lead Plaintiff Commonwealth of Massachusetts Pension Reserves Investment Trust and Co-Lead Counsel for the Settlement Class*

Paul J. Geller
Jack Reise
Dennis J. Herman
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
(561) 750-3000
(561) 750-3364 (facsimile)

*Counsel for Plaintiff David Wagner and Co-Lead Counsel for the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

- **Jonathan L. Anderson**
  jlanderson@jacksonkelly.com,ecooper@jacksonkelly.com

- **Eric J. Belfi**
  ebelfi@labaton.com

- **Joel H. Bernstein**
  jbernstein@labaton.com,rviczian@labaton.com,cboria@labaton.com,nzeiss@labaton.com,electroniccasefiling@labaton.com,ewierzbowski@labaton.com,fmann@labaton.com,sauer@labaton.com

- **Stephen L. Brodsky**
  sbrodsky@zsz.com

- **Ricklin Brown**
  rbrown@baileyglasser.com,missyddennis@gmail.com,jmarks@baileyglasser.com,mdennis@baileyglasser.com,mchapman@baileyglasser.com

- **John F. Dascoli**
  johnfdascoli@hotmail.com,Pamdc519@aol.com

- **Eric R. Delinsky**
  edelinsky@zuckerman.com

- **Alan I. Ellman**
  aellman@labaton.com

- **AL Emch**
  aemch@jacksonkelly.com,adsmith@jacksonkelly.com,jcrawford@jacksonkelly.com

- **Thomas V. Flaherty**
  tflaherty@fsblaw.com,cmontague@fsblaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Brian A. Glasser**
  bglasser@baileyglasser.com,missyddennis@gmail.com,mchapman@baileyglasser.com, pwilson@baileyglasser.com,mhatcher@baileyglasser.com,mdennis@baileyglasser.com, lsadler@baileyglasser.com,ttanner@baileyglasser.com

- **Stuart W. Gold**
  sgold@cravath.com

- **David J. Goldsmith**
  dgoldsmith@labaton.com,electroniccasefiling@labaton.com

- **Tammy R. Harvey**
  tharvey@fsblaw.com,cmontague@fsblaw.com

- **Dennis J. Herman**
  DennisH@rgrdlaw.com

- **Steven N. Herman**
  sherman@zuckerman.com

- **Victor L. Hou**
  vhou@cgsh.com

- **Christopher J. Keller**
  ckeller@labaton.com

- **Laurie L. Largent**
  LLargent@rgrdlaw.com, triciam@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case.

**Nicole Zeiss**
Labaton Sucharow
140 Broadway
New York, NY 10005

By: /s/ Joel H. Bernstein
　　　Joel H. Bernstein